FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Indigo Williams, et al.        Plaintiff

v.                                            CIVIL ACTION
                                              NO.  3:17cv404-WHB-LRA

Phil Bryant, et al.            Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A) Name:           Rita L. Bender

    Firm Name:      Skellenger Bender, P.S.

    Office Address: 1301 Fifth Avenue, Suite 3401

    City:           Seattle              State WA       Zip 98101

    Telephone:      206 623 6501         Fax: 206 4471972

    E-Mail:         rbender@skellengerbender.com

(B) Client(s):      Indigo Williams, et al.

    Address:        348 N. Flag Chapel Rd., Apt. Q1

    City:           Jackson              State MS       Zip 39209

    Telephone:      (601) 760-1688       Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

No

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

I have taught at the University of Mississippi, School of Law, for the 2009-2010 academic year, addressing issues of education equity and funding.  I taught similar course in 2015 at Seattle University School of Law. I have presented on issues of education equity and equal protection at conferences at numerous universities and law schools.

(C)     I am admitted to practice in the:

    1976    State of Washington

    United States District court for the Western District of Washington

and I am currently in good standing with these Courts.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Supreme Court of Washington
415 12th Ave. SW
PO Box 40929
Olympia, WA 98504
360 357-2077  supreme@courts.wa.gov

    Washington State Bar Association

    1325 4th Avenue, #600, Seattle, WA. 98101

    (206) 443-9722
    http://www.wsba.org/

All other courts before which I have been admitted to practice:

| Jurisdiction | Period of Admission |
| --- | --- |
| Supreme Court of the United States | January, 1984-present |
| Supreme Court of New Jersey | 1968 to 1975 (I moved to Seattle in 1975) |
| United States District Court—New Jersey | 1968 -present |
| United States Court of Appeals for 3rd Circuit | 1968 -present |

|  |  | Yes | No |
| --- | --- | --- | --- |
| (D) | Have you been denied admission pro hac vice in this state? |  | x |
|  | Have you had admission pro hac vice revoked in this state? |  | x |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? |  | x |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

N/A

FORM 6 (ND/SD MISS. DEC. 2016)

|     |                                                                                                                                                                                 | Yes | No |
|-----|---------------------------------------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years?                 |     | x  |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

N/A

|     |                                                                                                                                                   | Yes | No |
|-----|---------------------------------------------------------------------------------------------------------------------------------------------------|-----|----|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? |     | x  |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

N/A

(G)   Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:
I have not previously requested to proceed pro hac vice in Mississippi

| Name and Address of Court | Date of Application | Outcome of Application |
|---------------------------|---------------------|------------------------|
| N/A                       |                     |                        |

FORM 6 (ND/SD MISS. DEC. 2016)

FORM 6 (ND/SD MISS. DEC. 2016)

(H)  Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

N/A

| Name and Address of Court | Style of Case |
|---|---|
|  |  |

|  |  | Yes | No |
|---|---|---|---|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | x |  |
|  | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | x |  |

(J)  Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number:  Will Bardwell, Miss. Bar No. 102910

Firm Name:  Southern Poverty Law Center

Office Address:  111 East Capitol Street, Suite 280

City: Jackson          State: MS          Zip: 39201

Telephone: (601) 948-8882          Fax: (601) 948-8885

Email address:  Will.bardwell@splcenter.org

(K)   The undersigned resident attorney certifies that he/she agrees to the association with *Applicant in this matter and to the appearance as attorney of record with Applicant.*

                                                             s/William B. Bardwell
                                                                   Resident Attorney

I certify that the information provided in this Application is true and correct.

5/19/17
Date

                                                                *[signature]*
                                                 Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 23rd day of May, 2017.

                                                             s/William B. Bardwell
                                                               Resident Attorney