FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Indigo Williams, et al.          Plaintiff

v.                                          CIVIL ACTION
                                            NO. 3:17cv404-WHB-LRA

Phil Bryant, et al.              Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)  Name:              Brad M. Elias

     Firm Name:         O'Melveny & Myers LLP

     Office Address:    7 Times Square

     City:              New York            State NY         Zip 10036

     Telephone:         (212) 326-2000      Fax: (212) 326-2061

     E-Mail:            belias@omm.com

(B)  Client(s):         Indigo Williams, et al.

     Address:           348 N. Flag Chapel Rd., Apt. Q1

     City:              Jackson             State MS         Zip 39209

     Telephone:         (601) 760-1688      Fax:

The following information is optional:

1

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

No.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

Yes, I have experience bringing constitutional and statutory challenges to state education funding schemes.

(C) I am admitted to practice in the:

    X____    State of New York_____

    ____    District of Columbia

and I am currently in good standing with that Court. A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Supreme Court of the State of New York
Appellate Division, First Judicial Department
27 Madison Avenue
New York, New York  10010

FORM 6 (ND/SD MISS. DEC. 2016)

All other courts before which I have been admitted to practice:

Jurisdiction                                      Period of Admission

U.S. District Court, Southern District of
New York, October 14, 2008

U.S. Court of Appeals for the Ninth
Circuit, February 2010

U.S. Court of Appeals for the Third
Circuit, November 18, 2013

U.S. Court of Appeals for the Second
Circuit, November 21, 2014

U.S. Supreme Court, August 28, 2015

|     |                                                                                                     | Yes | No |
|-----|-----------------------------------------------------------------------------------------------------|-----|----|
| (D) | Have you been denied admission pro hac vice in this state?                                          | 0   | X  |
|     | Have you had admission pro hac vice revoked in this state?                                          | 0   | X  |
|     | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | 0   | X  |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

3

FORM 6 (ND/SD MISS. DEC. 2016)

|     |     | Yes | No |
| --- | --- | --- | --- |
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | 0 | X |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|     |     | Yes | No |
| --- | --- | --- | --- |
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | 0 | X |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)    Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
| --- | --- | --- |
| N/A | | |

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)   Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

| Name and Address of Court | Style of Case |
|---|---|

**N/A**

|     |     | Yes | No |
|---|---|---|---|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | X | 0 |
|     | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | X | 0 |

(J)   Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number:   Will Bardwell, Miss. Bar No. 102910

Firm Name:   Southern Poverty Law Center

Office Address:   111 East Capitol Street, Suite 280

City: Jackson          State: MS     Zip: 39201

Telephone: (601) 948-8882     Fax: (601) 948-8885

Email address:   Will.bardwell@splcenter.org

FORM 6 (ND/SD MISS. DEC. 2016)

(K)  The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

s/William B. Bardwell<br>Resident Attorney

I certify that the information provided in this Application is true and correct.

5/19/17
Date

*[signature]*<br>Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

FORM 6 (ND/SD MISS. DEC. 2016)

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the  23rd  day of  May , 20 17 .

        s/William B. Bardwell
        Resident Attorney