# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**INDIGO WILLIAMS, et al.**                                          **PLAINTIFFS**

**V.**                                        **CAUSE NO. 3:17cv404 WHB-LRA**

**GOVERNOR PHIL BRYANT, et al.**                                **DEFENDANTS**

## MOTION TO WITHDRAW AS COUNSEL

The undersigned moves this Court to enter an Order permitting the withdrawal of Lydia Wright as counsel of record for Plaintiffs in this action. In support of this motion, the undersigned would show as follows:

1. As of July 14, 2017, Lydia Wright is no longer affiliated with the Southern Poverty Law Center, and will no longer be handling this case. The Southern Poverty Law Center and associated attorneys will continue to represent the Plaintiffs. The remaining Plaintiffs' counsels are extremely qualified, well-resourced and well-equipped to represent the Plaintiff. Therefore, Lydia Wright's withdrawal will in no way prejudice the Plaintiffs.

**WHEREFORE**, the undersigned moves this Court to enter its rder permitting the withdrawal of Lydia Wright in the above captioned case.

Respectfully submitted, this the 12th day of July, 2017.

                                                   s/Lydia Wright
                                                   Lydia Wright, MS Bar # 105186
                                                   Southern Poverty Law Center
                                                   111 E. Capitol Street, Suite 280
                                                   Jackson, MS 39201
                                                   Phone: 601-948-8882
                                                   Fax: 601-948-8885
                                                   lydia.wright@splcenter.org
                                                   Attorneys for Plaintiffs

**CERTIFICATE OF SERVICE**

    I, Lydia Wright, hereby certify that a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by email to all parties by the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

    This the 12th day of July, 2017.

                                                      s/Lydia Wright
                                                    Lydia Wright, MS Bar # 105186