FORTY-FIRST CONGRESS. Sess. II. Ch. 18, 19. 1870.   67

For repairing roads, five hundred dollars;     Appropriation for Military Academy.
For furniture for soldiers' hospital, one hundred dollars;
For grading, draining, and improving the artillery and cavalry drill ground, two thousand dollars;
For contingencies for superintendent, one thousand dollars.

And hereafter, in addition to the other members of the board of visitors to be appointed by the President, according to existing law, to attend the annual examination of cadets at the United States Military Academy, there shall be on every such board two senators to be designated by the Vice-President or President pro tempore of the Senate; and three members of the House of Representatives to be designated by the Speaker of the House of Representatives, such designations respectively to be made at the session of Congress next preceding the time of such examination; and the senators and members so appointed shall make full report of their action as such visitors, with their views and recommendations in regard to the said Military Academy, within twenty days after the meeting of Congress, at the session next succeeding the time of their appointment.     Addition to board of visitors. Senators and representatives. Report.

APPROVED, February 21, 1870.

---

CHAP. XIX. — *An Act to admit the State of Mississippi to Representation in the Congress of the United States.*     Feb. 23, 1870.

WHEREAS the people of Mississippi have framed and adopted a constitution of State government which is republican; and whereas the legislature of Mississippi elected under said constitution has ratified the fourteenth and fifteenth amendments to the Constitution of the United States; and whereas the performance of these several acts in good faith is a condition precedent to the representation of the State in Congress: therefore,     Preamble.

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the said State of Mississippi is entitled to representation in the Congress of the United States: *Provided,* That before any member of the legislature of said State shall take or resume his seat, or any officer of said State shall enter upon the duties of his office, he shall take and subscribe, and file in the office of the secretary of state of Mississippi, for permanent preservation, an oath or affirmation in the form following: "I, —— ——, do solemnly swear (or affirm) that I have never taken an oath as a member of Congress, or as an officer of the United States, or as a member of any State legislature, or as an executive or judicial officer of any State, to support the Constitution of the United States, and afterward engaged in insurrection or rebellion against the same, or given aid or comfort to the enemies thereof, so help me God"; or under the pains and penalties of perjury, (as the case may be;) or such person shall in like manner take, subscribe, and file the following oath or affirmation: "I, —— ——, do solemnly swear (or affirm) that I have, by act of Congress of the United States, been relieved from the disabilities imposed upon me by the fourteenth amendment of the Constitution of the United States, so help me God"; or under the pains and penalties of perjury, (as the case may be;) which oaths or affirmations shall be taken before and certified by any officer lawfully authorized to administer oaths. And any person who shall knowingly swear or affirm falsely in taking either of such oaths or affirmations shall be deemed guilty of perjury, and shall be punished therefor by imprisonment not less than one year, and not more than ten years, and shall be fined not less than one thousand dollars, and not more than ten thousand dollars. And in all trials for any violation of this act, the certificate of the taking of either of said oaths or affirmations, with proof of the signature of the party accused, shall     Mississippi declared entitled to representation in Congress. Members of State legislature and State officials to take one of two oaths before, &c. Oaths, form of; before whom to be taken. Perjury in taking either oath, how punished. Certificate of taking, &c. to be evidence.

Case 3:17-cv-00404-HTW-LGI   Document 23-1   Filed 07/24/17   Page 2 of 2

68 FORTY-FIRST CONGRESS. Sess. II. Ch. 19, 20. 1870.

<small>Neglect for thirty days to take, &c. the oath, to vacate office.</small> be taken and held as conclusive evidence that such oath or affirmation was regularly and lawfully administered by competent authority: *And provided further,* That every such person who shall neglect for the period of thirty days next after the passage of this act to take, subscribe, and file such oath or affirmation as aforesaid, shall be deemed and taken, to all intents and purposes, to have vacated his office: *And provided further,*

<small>Fundamental conditions of the admission of Mississippi to representation in Congress.</small> That the State of Mississippi is admitted to representation in Congress as one of the States of the Union, upon the following fundamental conditions: First, That the constitution of Mississippi shall never be so amended or changed as to deprive any citizen or class of citizens of the United States of the right to vote who are entitled to vote by the constitution herein recognized, except as a punishment for such crimes as are now felonies at common law, whereof they shall have been duly convicted under laws equally applicable to all the inhabitants of said State: *Provided,* That any alteration of said constitution, prospective in its effects, may be made in regard to the time and place of residence of voters.

<small>No citizen or class to be deprived of right to vote, except, &c.</small>

<small>or to hold office on account of race or color;</small> Second, That it shall never be lawful for the said State to deprive any citizen of the United States, on account of his race, color, or previous condition of servitude, of the right to hold office under the constitution and laws of said State, or upon any such ground to require of him any other qualifications for office than such as are required of all other citizens.

<small>or of school rights and privileges.</small> Third, That the constitution of Mississippi shall never be so amended or changed as to deprive any citizen or class of citizens of the United States of the school rights and privileges secured by the constitution of said State.

APPROVED, February 23, 1870.

---

Feb. 24, 1870.

CHAP. XX. — *An Act making Appropriations to supply Deficiencies in the Appropriations for the naval Service for the Year ending June thirtieth, eighteen hundred and seventy, and for other Purposes.*

*Be it enacted by the Senate and House of Representatives of the United States of America in Congress assembled,* That the following sums be, and the same are hereby, appropriated, to be paid out of any money in the treasury not otherwise appropriated, to supply deficiencies in the appropriations for the naval service for the year ending June thirtieth, eighteen hundred and seventy, namely:

<small>Appropriation for deficiencies in the naval service.</small>

<small>Bureau of steam engineering;</small> For the bureau of steam engineeering, five hundred thousand dollars.

<small>of construction and repairs.</small> For the bureau of construction and repairs, one million five hundred thousand dollars; and the following amounts of unexpended balances are hereby covered into the treasury, viz.: Of the unexpended balance standing to the credit of the bureau of provisions and clothing, one million four hundred thousand dollars; of the balance to the credit of the bureau of equipment and recruiting, three hundred and ninety-nine thousand dollars; of the balance to the credit of the bureau of navigation, two hundred and fifty thousand dollars; and of the balance to the credit of the bureau of yards and docks, nine hundred and fifty-one thousand dollars.

<small>Certain unexpended balances covered into the treasury.</small>

And these sums shall be covered in and restored to the treasury, whether they stand to the credit of said bureaus in the proper books of the Treasurer of the United States, or have been placed to any other account, or are under the control of any officer or agent of the Navy Department: *Provided,* That the money so appropriated shall be expended only for the purpose of providing materials, carrying on the work, and paying the employés of the bureaus for which it is appropriated.

<small>Appropriations how to be expended.</small>

APPROVED, February 24, 1870.