IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

INDIGO WILLIAMS,
*on behalf of her minor child J.E.*, et al.                                     PLAINTIFFS

v.                                                             CIVIL ACTION NO: 3:17-cv-404

GOVERNOR PHIL BRYANT et al.                                     DEFENDANTS

ORDER

State Defendants Governor Phil Bryant, in official capacity as Governor of the State of Mississippi; Speaker of the Mississippi House of Representatives Phillip Gunn, in his official capacity; Lieutenant Gov. Tate Reeves, in his official capacity; Secretary of State Delbert Hosemann, in his official capacity; State Superintendent of Education Carey Wright, in her official capacity; Chair of the Mississippi State Board of Education Rosemary Aultman, in her official capacity; Mississippi State Board of Education Member Jason Dean, in his official capacity; Mississippi State Board of Education Member Buddy Bailey, in his official capacity; Mississippi State Board of Education Member Kami Bumgarner, in her official capacity; Mississippi State Board of Education Member Karen Elam, in her official capacity; Mississippi State Board of Education Member Johnny Franklin, in his official capacity; Mississippi State Board of Education Member Williams Harold Jones, in his official capacity; Mississippi State Board of Education Member John Kelly, in his official capacity; and Mississippi State Board of Education Member Charles McClelland, in his official capacity (collectively, "State Defendants"), have moved to dismiss all of the claims asserted against them in the above-styled case on several bases, including, but not limited to, sovereign immunity and lack of jurisdiction.

1

Under Rule 16(b)(3)(B) of the Uniform Local Rules of the United States District Courts for the Northern and the Southern Districts of Mississippi, "Filing a motion to compel arbitration, or a motion asserting an immunity defense or jurisdictional defense stays the attorney conference and disclosure requirements and all discovery, pending the court's ruling on the motion, including any appeal."

ACCORDINGLY, IT IS ORDERED that conferences, disclosure requirements, discovery, and proceedings in this case should be stayed, other than additional immunity motion practice, pending full briefing and a ruling on State Defendants' motion to dismiss. State Defendants' counsel shall submit to the undersigned a proposed order lifting the stay, if necessary, within ten days of notification of the court's ruling on the underlying dispositive motion.

This, the 25 day of July, 2017.

UNITED STATES MAGISTRATE JUDGE

PROPOSED ORDER SUBMITTED BY:

/s/ *Krissy C. Nobile*
KRISSY C. NOBILE, MSB # 103577
Office of the Attorney General
Post Office Box 220
Jackson, MS 39205
Telephone No. (601)359-3824
Facsimile: 601-359-2003
knobi@ago.state.ms.us