## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**INDIGO WILLIAMS, *ET AL.***                                                    **PLAINTIFFS**

**V.**                                          **CAUSE NO. 3:17-cv-404-WHB-LRA**

**PHIL BRYANT, *ET AL.***                                                  **DEFENDANTS**

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Come now the Plaintiffs in the above-styled matter, Indigo Williams, *et al.*, to move the Court for an extension of time in which to respond to the Defendants' Motion to Dismiss [Docket No. 23]. In support of that request, the Plaintiffs would show unto the Court as follows:

1. The Plaintiffs filed this action on May 23, 2017. The Defendants quickly requested a 41-day extension in which to respond. The Plaintiffs agreed to that request.

2. On July 24, 2017, the Defendants filed a motion to dismiss this action. Pursuant to Rule 7(b)(4) of the Court's local rules, the Plaintiffs' response to the motion is currently due on August 7, 2017.

3. Due to the complexity of the issues implicated and previously scheduled obligations, undersigned counsel requested that the Defendants agree to a 39-day extension of time in which to respond. This would change the deadline for the Plaintiffs' response to September 15, 2017.

4. Counsel for the Defendants has agreed to the request.

5. This request is made for good cause and is not made for purposes of harassment, delay, or any other reason grounded in bad faith.

6. The Plaintiffs therefore pray that the Court will extend their time for responding

1

to the motion to dismiss up to and including September 15, 2017.

7. Additionally, given the straightforward nature of this request, the Plaintiffs pray that the Court will waive the local rules' memorandum requirement.

RESPECTFULLY SUBMITTED this Twenty-Sixth day of July 2017.

      /s/ *Will Bardwell*
     Will Bardwell
     Attorney for the Plaintiffs

**OF COUNSEL:**
William B. Bardwell (Miss. Bar No. 102910)
Jody E. Owens, II (Miss. Bar No. 102333)
Southern Poverty Law Center
111 E. Capitol Street, Suite 280
Jackson, Mississippi  39201
Phone:         (601) 948-8882
Facsimile:    (601) 948-8885
E-mail:         will.bardwell@splcenter.org
E-mail:         jody.owens@splcenter.org

Rita L. Bender (*pro hac vice*)
William J. Bender (*pro hac vice*)
Skellenger Bender, P.S.
Rainier Tower
1301 Fifth Avenue, Suite 3401
Seattle, Washington  98101
Telephone:   (206) 623-6501
Facsimile:    (206) 447-1973
E-mail:         wbender@skellengerbender.com
E-mail:         rbender@skellengerbender.com

Anton Metlitsky (*pro hac vice*)
Brad Elias (*pro hac vice*)
O'Melveny & Myers LLP
Times Square Tower, 33rd Floor
7 Times Square
New York, New York  10036
Telephone:   (212) 326-2000
Facsimile:    (212) 326-2061
E-mail:         ametlitsky@omm.com
E-mail:         belias@omm.com

## **CERTIFICATE OF SERVICE**

I, Will Bardwell, hereby certify that a true and correct copy of the foregoing Motion was served on all counsel of record via the Court's electronic filing system.

SO CERTIFIED this Twenty-Sixth day of July 2017.

    /s/ *Will Bardwell*
Will Bardwell
Attorney for the Plaintiffs