EXHIBIT B

ORVILLE VERNON BURTON

History Department, 126 Hardin Hall, 403 Calhoun Drive, Clemson University, Clemson, SC
29634-0527; O: 864/656-3153 C: 217/649-0608; Fax: 864/656-1015; H: 864/543-2552
Home:  107 Baywood Circle, Ninety Six, SC 29666 or 110 Houston St., Clemson, SC 29631
vburton@clemson.edu      https://ageoflincoln.app.clemson.edu

Education:  1976, Ph.D. Princeton University     Ph.D. dissertation: "Ungrateful Servants?
         Edgefield's Black Reconstruction:  Part I of the Total History of Edgefield County, South
         Carolina."  Advisors Sheldon Hackney and James McPherson
              1969, B.A. Furman University, magnum cum laude


Military Service:  active service 1969, 1974  U.S. Army, Honorably Discharged as Captain, 1977

Academic Positions:
Professor Sociology, Clemson University, 2014-
Creativity Chair of Humanities, Clemson University, 2013-
Professor Pan-African Studies, 2012-
Professor Computer Science, Clemson University, 2011-
Director Clemson CyberInstitute, 2010-
Associate Director for Humanities, Arts, and Social Sciences, Clemson CyberInstitute, 2010
Professor of History, Clemson University, 2010-
Burroughs Distinguished Prof. Southern Hist. & Culture, Coastal Carolina University, 2008-10
University of Illinois at Urbana-Champaign (UIUC), 1974-2008
         2009- Chair, Advisory Board for Institute for Computing in Humanities, Arts, and
              Social Science (I-CHASS)
         2008-11, Consultant for Humanities to Chancellor's and Provost's Office
         2004-09, Founding Director I-CHASS
         2008 - Emeritus University Distinguished Teacher/Scholar, University Scholar, and
              Professor History, African American Studies, and Sociology
         2006-08, Professor African American Studies
         1989-2008, Professor History
         1989-2008, Professor Sociology
         1988-2008, Graduate College Statistics Faculty
         1986-2008, Campus Honors Program
         1985-2006, Faculty Affiliate, African American Studies and Research Program
         1982-1989, Associate Professor, History
         1976-1982, Assistant Professor History
         1974-1976, Instructor
National Center for Supercomputing Applications (NCSA)
         2002-10, Associate Director, Humanities and Social Sciences
         1993-2002, Head, Initiative for Social Sciences and Humanities
         1986- Senior Research Scientist
Princeton University
         1972-74, Assistant Master, Woodrow Wilson Residential College
         1971-72, Instructor, Mercer County Community College, NJ


College of Charleston

Burton, page 2

2001-, Executive Director, Program in the Carolina Lowcountry and the Atlantic World (CLAW) http://claw.cofc.edu

1987, Professor of History, Governor's School of South Carolina

Selected Honors, Fellowships, Awards

U.S. Professor of the Year, Outstanding Research and Doctoral Universities Professor (Council for Advancement and Support of Education and Carnegie Foundation for the Advancement of Teaching), 1999

American Historical Association Eugene Asher Distinguished Teaching Prize, 2004

Chicago *Tribune*'s Heartland 2007 Literary award for nonfiction for *The Age of Lincoln*

Illinois House Resolution of Congratulations, HR 0711, 2007.  The Illinois State legislature passed a special resolution acknowledging my contributions as a scholar, teacher, and citizen of Illinois.

South Carolina Governor's Award for Lifetime Achievement in the Humanities, presented by the SC Humanities Council, 2016

Society of American Historians, Elected 2012

Fellow, National Humanities Center (NEH Senior Scholar Award), 1994-95

Fellow, Woodrow Wilson International Center for Scholars, 1988-89

Fellow, Pew Foundation, 1996

National Fellowship Program for Carnegie Scholars, 2000-2001

Rockefeller Humanities Fellowship, 1978

Earl and Edna Stice Lectureship in the Social Sciences at the University of Washington, 2005

Strickland Visiting Scholar, Department of History, Middle Tennessee State University, 2006

Pew-Lilly Foundation Graduate Professor, Notre Dame University, 2001

Mark W. Clark Distinguished Chair of History, The Citadel, 2000-01

Elected to honorary life membership in BrANCH (British American Nineteenth-Century Historians)

Organization of American Historians Distinguished Lecturer, 2004-

*Choice* Outstanding Academic Book for *The Age of Lincoln*, 2008

*Choice* Outstanding Academic Title for *Slavery and Anti-Slavery:  Transnational Archive*, 2009

*Booklist*'s Editors' Choice Title for *Slavery and Anti-Slavery:  A Transnational Archive*, 2009

*Choice* Outstanding Academic Book for *Computing in the Social Sciences and Humanities*, 2003

Richard F. Fenno Prize, Legislative Studies Section, American Political Science Association, for *Quiet Revolution*, 1995

President Southern Historical Association, 2011-12

President Agricultural History Society, 2001-02

Elected to the South Carolina Academy of Authors, 2015, inducted 2016.

Clemson, College of Architecture, Art, and Humanities, Dean's Award for Research, 2016

Publications:

*Books*:

*Penn Center:  A History Preserved*.  Athens:  University of Georgia Press, 2014; paperback edition, 2017.

*The Age of Lincoln*.  NY:  Hill and Wang, 2007. (Audio:  Blackstone Audio Books).  Paperback edition 2008.   Selection for Book of the Month Club, History Book Club, Military Book Club.  *The Age of Lincoln* was nominated by Farrar, Straus, and Giroux for the Pulitzer Prize.  Three historical associations featured sessions on the book, Association for the Study of African American Life and History, 2008; Social Science History Association, 2008; The Southern Intellectual History Circle, 2009.

Burton, page 3

(with Judy McArthur) "*A Gentleman and an Officer": A Military and Social History of James B. Griffin's Civil War*.  NY:  Oxford University Press, 1996; second printing 1999.

*In My Father's House Are Many Mansions: Family and Community in Edgefield, South Carolina*.  Chapel Hill: University of North Carolina Press, 1985.  Paperback edition 1987; 5th printing 1998.  *In My Father's House* was nominated by the University of North Carolina Press for the Pulitzer Prize.  Two Historical Associations featured this book in sessions at their annual meetings:  Social Science History Association, 1986; Southern Historical Association, 1987.

(with Armand Derfner) *Race and the Supreme Court.*  Cambridge: Harvard University Press, expected 2017.

*Air Conditioning and the Voting Rights Act:  The Voting Rights Act of 1965 in Historical Perspective.*  Stice Lectures University of Washington.  Seattle:  University of Washington Press, (withdrawn from press to include recent challenges to Section 5 and Voter Id controversies), expected 2019.

*Lincoln and the South Revisited*.  (Carbondale:  University of Southern Illinois Press, expected 2018).

*The South as Other: The Southerner as Stranger—The Contradictions of Southern Identity*.  Columbia: University of South Carolina Press, expected 2019.

 (edited with Brent Morris) *Reconstruction at 150:  Reassessing the Revolutionary "New Birth of Freedom*.  Charlottesville:  University of Virginia Press, expected 2019.

Editor, *Becoming Southern Writers: Essays in Honor of Charles Joyner*.  Columbia:  University of South Carolina Press, 2016.

(edited with Ray Arsenault) *Dixie Redux: Essays in Honor of F. Sheldon Hackney*.  Montgomery, AL:  New South Books, 2013.

(edited with Jerald Podair and Jennifer L. Weber) *The Struggle for Equality: Essays on Sectional Conflict, the Civil War, and the Long Reconstruction in Honor of James M. McPherson.*  Charlottesville:  University of Virginia Press, 2011.

Editor, *The Essential Lincoln*.  NY:  Hill and Wang, 2009.

(edited with David O'Brien)  *Remembering Brown at Fifty: The University of Illinois Commemorates Brown v. Board of Education*.  Urbana:  University of Illinois Press, 2009.

(edited with Winfred B. Moore, Jr.)  "*Toward the Meeting of the Waters": Currents in the Civil Rights Movement in South Carolina during the Twentieth Century.*  Columbia:  The University of South Carolina Press, 2008.  Paperback 2011.

Editor, *Slavery in America:  Gale Library of Daily Life,* 2 vols.  NY, Detroit: Gale Cengate Learning, 2008.

(edited and annotated with Georganne B. Burton, introduction pp. 1-48) "*The Free Flag of Cuba": The Lost Novel of Lucy Pickens* [orig. pub. 1854] in the Library of Southern Civilization series, edited by Lewis P. Simpson.  Baton Rouge:  Louisiana State University Press, 2002.  Paperback 2003.

Editor, *Computing in the Social Sciences and Humanities*.  Urbana:  University of Illinois Press, 2002.

(edited with David Herr and Terence Finnegan)  *Wayfarer:  Charting Advances in Social Science and Humanities Computing*.  Urbana: University of Illinois Press, 2002.  This CD-ROM contains more than 65 essays and research and teaching applications, including illustrative interactive multimedia materials.

(with et al.) *Documents Collection America's History*, vol. 1, to accompany James Henretta, et al., *America's History*, 2nd ed. NY:  Worth Publishers, 1993.

(edited with Robert C. McMath, Jr.)  *Class, Conflict, and Consensus: Antebellum Southern Community Studies*.  Westport, Conn: Greenwood Press, 1982.

(edited with Robert C. McMath, Jr.) *Toward a New South?  Studies in Post-Civil War Southern Communities*.  Westport, Conn: Greenwood Press, 1982.

*Plays:*

(with Georganne Burton) "Abraham Lincoln's Beardstown Trial: The Play" Premiered Sept. 29, 2009, Beardstown, IL. (Endorsed by the Congressional Abraham Lincoln Bicentennial Commission, November 2009; Play available upon request);
http://www.lincolnbicentennial.gov/calendar/beardstown-trial-11-10-09.aspx;
http://www.civilwar.org/aboutus/events/grand-review/2009/almanac-trial.html

Editor, Book Series, *A Nation Divided: Studies in the Civil War Era Series*, University of Virginia Press, 2011-

Editor, Book Series, *The American South Series*, University of Virginia Press, 2013-

*Introductions and Forewords to Books*:

"Foreword," pp. ix-liv to *Born to Rebel: An Autobiography* by Benjamin Elijah Mays.  Athens: University of Georgia Press Brown Thrasher edition, 1987, also in paperback edition (book without foreword originally published by Charles Scribner's Sons, 1971).  Revd. Foreword 2003.

"Introduction," pp. 9-11 to *Roll the Union On:  Southern Tenant Farmers Union*. As told by its Co-founder, H.L. Mitchell. Chicago: Charles H. Kerr Publishing Company, 1987.

"Introduction," pp. xiii-xviii to *Soldiering with Sherman:  The Civil War Letters of George F. Cram*.  Jennifer Cain Bohrnstedt, ed*.*, DeKalb: Northern Illinois University Press, 2000.

"Introduction," pp. x-xxxiv to *Pitchfork Ben Tillman:  South Carolinian* by Francis Butler Simkins, for the reprint edition of the Southern Classics Series of the Institute for Southern Studies.  Columbia:  University of South Carolina Press, 2002 (book without Introduction originally published by Louisiana State University Press, 1944).

(with James Barrett) "Foreword," pp. xi-xxv to paperback edition of *Cause at Heart:  A Former Communist Remembers* by Junius Irving Scales with Richard Nickson.  Athens: University of Georgia Press, 2005 (book without Foreword originally published 1987).

"Foreword," pp. vii-xi to *Recovering the Piedmont Past:  Unexplored Moments in Nineteenth-Century Upcountry South Carolina History*, edited by Timothy P. Grady and Melissa Walker.  Columbia:  University of South Carolina Press, 2013.

"Foreword," pp. vii-xiii to *Our Ancestors – Our Stories: The Memory Keepers*, edited by Harris Bailey, et al. Suwanee, Georgia: The Write Image, 2014.

*Journals Edited*:

"Three Articles from a Century of Excellence:  The Best of *The South Carolina Historical Magazine*," pp. 182-89 for *South Carolina History Magazine* 101: 3 (July 2000).

"Introduction," pp. 161-65 for *Social Science Computer Review* 12:2 (Summer 1994).

Co-editor, "Technology and Education," *International Journal of Social Education* 5:1 (Spring 1990).

*History Articles, Chapters, and Essays*:

 "The South as Other, The Southerner as Stranger," Presidential address for the Southern Historical Association, *The Journal of Southern History* LXXIX:1 (February 2013): 7-50.

"Reaping What We Sow:  Community and Rural History," Presidential address for the Agricultural History Society in *Agricultural History* (Fall 2002): 631-58.

"Building the Transcontinental Railroad," *Presidential Inaugural Portfolio*, Joint Congressional Committee on Inaugural Ceremonies, January 21, 2013.

"Reconstructing South Carolina's History Through the South Caroliniana Library, 80th Annual Meeting Address by Dr. Orville Vernon Burton," The University South Caroliniana Society 81st Annual Meeting, 22 April 2017, pp. 2-32.

"From Clarendon County to the Supreme Court," pp. 84-88 and "Eating with Harvey Gantt and Mathew Perry:  Myth and Realities of "Integration with Dignity," pp.139-40 accompanying Cecil Williams' photographs of South Carolina's Civil Rights Movement in Cecil Williams, *Unforgettable, Life Hope Bravery, 1950-1970: Celebrating a Time of Bravery* (Orangeburg:  Cecil J. Williams Photography/Publishing, 2017).

"Localism and Confederate Nationalism: The Transformation of Values from Community to Nation in Edgefield, South Carolina," pp. 107-123, 233-39 in Robert H. Brinkmeyer, Jr., ed., *Citizen Scholar:  Essays in Honor of Walter B. Edgar* (Columbia:  University of South Carolina Press, 2016).

"Lincoln, Secession, and Emancipation," pp. 81-104 in Paul Finkelman and Donald R. Kennon, eds., *Lincoln, Congress, and Emancipation*, for the U.S. Capitol Historical Society (Athens:  Ohio University Press, 2016).

"Stranger Redux," pp. 38-49 in Orville Vernon Burton, Editor, *Becoming Southern Writers: Essays in Honor of Charles Joyner* (Columbia:  University of South Carolina Press, 2016)

"Tempering Society's Looking Glass:  Correcting Misconceptions About the Voting Rights Act of 1965 and Securing American Democracy" *Louisiana Law Review* Lead article for Vol. 76:1 (2015): 1-42.

"Perceptions and Meaning of the Confederate Flag," *The Proclamation* (President Lincoln's Cottage), XXVIII (Summer 2015): 8- 14 (longer unedited version on-line at: http://www.lincolncottage.org/perceptions-and-meaning-of-the-confederate-flag-an-interview-with-two-scholars/ and with Edna Medford)

"Revisiting the Myth of the Black Matriarchy," pp. 119-65 in Orville Vernon Burton and Ray Arsenault, eds., *Dixie Redux: Essays in Honor of F. Sheldon Hackney* (Montgomery, AL: New South Books, 2013).

"The Passage of Lincoln's Republic: Providence in Progress," pp. 13-36 in Stephen Engle, ed. The War Worth Fighting: *Abraham Lincoln's Presidency and Civil War America* (Gainesville: University of Florida Press, 2015).

"Bertram Wyatt-Brown: An Honorable Man and a Man of Grace," *Georgia Historical Quarterly* XCIX, No. 3(Fall, 2015): 2013-18.

(with Michael LeMahieu), "Civil War Memory in the Civil Rights Movement and Contemporary Commemoration*," Journal of American Studies* (with American Studies International, *AMSJ*) 53:4 (2014): 107-18.

Remembering the Civil War," pp. 278-85 in *The Civil War as Global Conflict*.  Edited by Simon Lewis and David Gleeson (Columbia:  University of South Carolina, 2014).

"The Gettysburg Address Revisited." In *1863:  Lincoln's Pivotal Year*.  Edited by Harold Holzer and Sara Vaughn Gabbard (Carbondale: Southern Illinois University Press, 2013), pp. 137-55.

(with Ian Binnington)  "And Bid Him Bear A Patriot's Part": National and Local Perspectives on Confederate Nationalism in *Deconstructing Dixie,* pp 126-155.  Edited by Jason Kyle Phillips (Athens: University of Georgia Press, 2013).

"The Silence of a Slaveholder:  The Civil War Letters of James B. Griffin," in *The Battlefield and Beyond: Essays on the American Civil War*.  Edited by Clayton E. Jewett (Baton Rouge:  Louisiana State University Press, 2013), pp. 13-27.

Burton, page 6

"Abraham Lincoln," in *The Oxford Encyclopedia of American Political and Legal History*.
　　　Edited by Donald T. Chritchlow and Philip R.VanderMeer, 1:560-64. 2 vols. (NY:
　　　Oxford University Press, 2012).

(with Lewie Reece) "Abraham Lincoln," Essential Civil War Curriculum,
　　　http://www.essentialcivilwarcurriculum.com/. Edited by William C. Davis and James I.
　　　Robertson, Sesquicentennial Project of the Virginia Center for Civil War Studies and the
　　　History Department of Virginia Polytechnic Institute and State University (Virginia Tech,
　　　2013).

"Family," in *Enslaved Women in America: An Encyclopedia.* Edited by Daina R. Berry and
　　　Deleso Alford Washington (Santa Barbara & Westport, CN: Greenwood Press, 2012), pp.
　　　83-87.

"Lincoln at Two Hundred: Have We Finally Reached Randall's Point of Exhaustion?" In *The
　　　Living Lincoln:  Essays from the Harvard Lincoln Bicentennial Symposium*, pp. 204-25.
　　　Edited by Thomas A. Horrocks, Harold Holzer, and Frank J. Williams (Carbondale:
　　　Southern Illinois University Press, 2011), pp. 204-25.

(with Nick Gaffney) "South Carolina," Vol. 2:  pp. 745-764 in *Black America:  A State by State
　　　Encyclopedia*.  Edited by Alton Hornsby (Westport, CN:  Greenwood Press, 2011).

"Mays, Benjamin" *in The New Encyclopedia of Southern Culture.* Vol. 19 *Education,* Edited by
　　　Clarence Mohr.  (Chapel Hill:  University of North Carolina Press, 2012), pp. 254-255.

"The Age of Lincoln:  Then and Now," Keynote for the South Carolina Historical Association
　　　Annual Meeting, *The Proceedings of the South Carolina Historical Association*, 2010,
　　　pp. 7-22. Edited by Robert Figueira and Stephen Lowe (Columbia: South Carolina
　　　Department of Archives and History, 2010).  Reprinted pp 11- 26 in Michael Bonner and
　　　Fritz Hamer (eds.) *South Carolina in the Civil War and Reconstruction Eras: Essays
　　　from the Proceedings of the South Carolina Historical Association* (Columbia: University
　　　of South Carolina Press, 2016).

(with Larry McDonnell and Troy D. Smith) "Slavery and Anti-Slavery: A Transnational
　　　Archive," pp. 121-26 in L'abolition de l'esclavage au Royaume-Uni 1787-1840 : débats et
　　　dissensions The abolition of slavery in Britain 1787-1840 : debate and dissension."
　　　Edited by Susan Finding (Paris:  ArmandColin, November 2009).

"Abraham Lincoln at Two Hundred," *OAH* (Organization of American Historians) *Newsletter*,
　　　37:4 (November 2009), pp. 1, 8, 12.

"Author's Response to the Southern Intellectual History Circle Forum on *The Age of Lincoln*."
　　　*The Journal of the Historical Society* IX:3 (September 2009): 355-72.

"Colbert History," *Pan-African Studies*, Fall 2009, p. 3.

(with Georganne Burton) "Lucy Holcombe Pickens: Belle, Political Novelist, and Southern
　　　Lady," in *South Carolina Women: Their Lives and Times*, Vol 1. Edited by Marjorie
　　　Julian Spruill, Valinda W.  Littlefield, and Joan Marie Johnson (Athens:  University of
　　　Georgia Press, 2009), pp.273-98.

Three essays in the *International Encyclopedia of Revolution and Protest: 1500 to the Present*.
　　　Edited by Immanuel Ness. (Oxford:  Wiley-Blackwell, 2009).

　　　"Radical Reconstruction, United States, Promise and Failure of" VI: 2798-2801
　　　<http://www.revolutionprotestencyclopedia.com/public/tocnode?query=burton%2C+vern
　　　on&widen=1&result_number=3&from=search&id=g9781405184649_chunk_g97814051
　　　846491238&type=std&fuzzy=0&slop=1>;

　　　(with Beatrice Burton) "American Civil War and Slavery," I: 70-72
　　　http://www.revolutionprotestencyclopedia.com/public/tocnode?query=burton%2C+verno
　　　n&widen=1&result_number=1&from=search&id=g9781405184649_chunk_g978140518
　　　464940&type=std&fuzzy=0&slop=1;

　　　(with Beatrice Burton) "Lincoln, Abraham (1809-1865) and African Americans,"

Burton, page 7

Volume V: 2121-2123"

<http://www.revolutionprotestencyclopedia.com/public/tocnode?query=burton%2C+vernon&widen=1&result_number=2&from=search&id=g9781405184649_chunk_g978140518
4649925&type=std&fuzzy=0&slop=1>;

"Imagine Another Ending:  Tweaking History to Shape an Alternative World," pp. 48-50 in *A New Birth of Freedom, 1809*2009: Abraham Lincoln's Bicentennial*.  Edited by Don Wycliff (Washington, D.C.:  The Lincoln Bicentennial Commission, 2009).

(with Simon Appleford and Beatrice Burton) "Seeds in Unlikely Soil:  The *Briggs v. Elliott* School Segregation Case," pp 176-200 in *Toward the Meeting of the Waters:  Currents in the Civil Rights Movement of South Carolina during the Twentieth Century.*  Edited by Orville Vernon Burton and Winfred B. Moore, Jr. (Columbia:  The University of South Carolina Press, 2008).

(with Lewie Reece) "Palmetto Revolution:  The Coming of Desegregation in South Carolina," pp. 59-91, 283-94 in *With All Deliberate Speed:  Implementing Brown v. Board of Education.*  Edited by Brian Daugherity and Charles Bolton. (Fayetteville:  University of Arkansas Press, 2008).

"Civil Rights Movement in South Carolina," pp. 178-80; "Benjamin Mays," pp. 601-02; (with Beatrice Burton) "Francis Butler Simkins," 866; (with Beatrice Burton) "Lucy Pickens"; (with Beatrice Burton) "Sharecropping/ Tenantry," pp. 952-54 in *The South Carolina Encyclopedia* [A project of the South Carolina Humanities Council]. Edited by Walter Edgar. (Columbia:  University of South Carolina Press, 2006).

 "African Americans," pp. 245-248 in *The Encyclopedia of the Midwest* [a project of the Institute for Collaborative Research and Public Humanities at The Ohio State University].  Edited by Richard Sisson, et al. (print version. Bloomington:  Indiana University Press, 2007).

"The Voting Rights Act," pp. 1134-1136 in Vol. 4:  *Postwar America:  An Encyclopedia of Social, Political, Cultural, and Economic History*.  Edited by James Ciment.  (M.E. Sharpe, 2006).

"Emancipation," pp. 237-42, "Sharecropping," pp. 563-67, "South Carolina," pp. 584-593, "Suffrage," pp. 614-20, "Wade Hampton, III," pp. 306-08, in *Encyclopedia of the Reconstruction Era*.  Edited by Richard Zuczek. (Westport, CN:  Greenwood Press, 2006).

(with David Herr) "Religious Tolerance and the Growth of the Evangelical Ethos in South Carolina," pp. 146-64 in *The Dawn of Religious Freedom in South Carolina*, Edited by James Lowell Underwood and W. Lewis Burke.  (Columbia: University of South Carolina Press, 2006).

(with Beatrice Burton) "Jefferson Davis," pp. 43-44 in *The Frederick Douglass Encyclopedia*.  Edited by Julius E. Thompson, James L. Conyers, Jr., and Nancy J. Dawson.  (Westport, CN:  Greenwood Press, 2010).

"The 1965 Voting Rights Act in the South," in *History* Vol. 3 (2007) *The Encyclopedia of Southern Culture*, 2nd revised ed.  Edited by Charles Reagan Wilson.  (Chapel Hill:  University of North Carolina Press, 2007); and revised in James W. Ely, Jr. and Bradley G. Bond, eds., *Law and Politics* Vol. 10 of *The New Encyclopedia of Southern Culture*, pp. 399-401 (2008); and revised in Thomas C. Holt and Laurie B. Green, eds., *Race* Vol. 24, pp. 265-68 of *The New Encyclopedia of Southern Culture* (2013).

"Problems and Methods in Family History Research," *Journal of Humanities* (National Central University at Chuhgli/Taoyuen), 2006.

(with David Herr) "Defining Reconstruction," pp. 299-322 in *The Blackwell Companion to the Civil War and Reconstruction*.  Edited by Lacy Ford.  (Boston:  Blackwell Publishers, 2005).

"John H. McCray," pp. 125-27 in the *Dictionary of Twentieth Century Black Leaders*. Edited by Alton Hornsby, Jr. Montgomery. (AL:  E-Book Time, LLC, 2005).

"Stranger in a Strange Land:  Crossing Boundaries," pp. 256-283 in *Shapers of Southern History: Autobiographical Essays by Fifteen Historians*.  Edited by John Boles. (Athens:  University of Georgia Press, 2004).

"Dining with Harvey Gantt:  Myth and Realities of 'Integration with Dignity,'" pp. 183-220 in *Matthew J. Perry: The Man, His Times and His Legacy*.  Edited by W. Lewis Burke and Belinda F. Gergel.  (Columbia:  University of South Carolina Press, 2004).

"'Tis True that Our Southern Ladies have Done and are Still Acting a Conspicuous Part in this War':  Women on the Confederate Home Front in Edgefield, South Carolina," pp. 95-108 in *"Lives Full of Struggle and Triumph":  Southern Women, Their Institutions, and Their Communities*.  Edited by Bruce L. Clayton and John A. Salmond.  (Gainesville: University of Florida Press, 2003).

(with Georganne Burton) "Lucy Holcombe Pickens and *The Free Flag of Cuba*," *South Carolina History Magazine* 103:4 (October 2002): 296-324.

(with Ian Binnington) "Civil War:  The Homefront in the South," *Encyclopedia of the United States in the Nineteenth Century*, vol. 1, pp. 256-59.  Edited by Paul Finkelman. (New York:  Charles Scribner's Sons, 2001).

"Civil War and Reconstruction," pp. 47-60 in *A Companion to Nineteenth Century America*. Edited by William L. Barney.  (Oxford, UK:  Blackwell Publishers, 2001, paperback 2006).

"South Carolina" and "South Carolina Democratic Party (PDP)," vol. 2: pp. 692-94 in *Civil Rights in the United States*.  Edited by Waldo E. Martin and Patricia Sullivan.  (NY: Macmillan, 2000).

"A Monumental Labor," Review Essay of Walter Edgar's *South Carolina:  A History*," *South Carolina Historical Magazine* 100:3 (July 1999): 262-268.

"Bosket Family," pp. 166-68 in vol. 1, *Violence in America:  An Encyclopedia*.  Edited by Ronald Gottesman.  (NY: Charles Scribner's Sons, 1999).

"Butler, Andrew Pickens," 4:88-90; "Gary, Martin Witherspoon," 8:775-77; "Mays, Benjamin Elijah," 14: 795-97; "Mitchell, Harry Leland," 15: 602-3; "Owsley, Frank Lawrence," 16: 870-72; "Simkins, Francis Butler," 19: 942-44; and "Tillman, Benjamin Ryan," 21: 672-75, in *American National Biography*.  Edited by John A. Garraty and Mark C. Carnes, 24 vols. (NY:  Oxford University Press, 1999).

"Legislative and Congressional Redistricting in South Carolina," pp. 290-314 in *Race and Redistricting in the 1990s*.  Edited by Bernard Grofman. (NY:  Agathon Press, 1998).

"Race Relations in the Rural South Since 1945," pp. 28-58 in *The Rural South Since World War II*.  Edited by R. Douglas Hurt.  (Baton Rouge:  Louisiana State University Press, 1998).

"Benjamin E. Mays:  Born to Rebel," pp. 21-75 in *Walking Integrity:  Benjamin Elijah Mays: Mentor to Generations*.  Edited by Lawrence E. Carter, Sr.  (Atlanta:  Scholars Press of Emory University, 1996; paperback, Mercer University Press, 1998).

"Edgefield, South Carolina:  Home to Dave the Potter," pp. 38-52 in *I Made This Jar:  The Life and Works of the Enslaved African-American Potter, Dave*.  Edited by Jill Beute Koverman.  (Columbia:  McKissick Museum University of South Carolina, 1998).

"African American Status and Identity in a Postbellum Community:  An Analysis of the Manuscript Census Returns," *Agricultural History* 72:2 (Spring 1998): 213-240.

"Confederate States of America:  Homefront," pp. 163-64 in *Reader's Guide to American History*. Edited by Peter Parrish.  (London:  Fitzroy Dearborn, 1997).

"The  'New' South in a Postmodern Academy:  A Review Essay," *Journal of Southern History*, LXII:4 (Nov. 1996):767-786.

"The Ninety Six Story," pp. 4-7 in *Historic Ninety Six, South Carolina* in 9/6/96 Special Issue.

Burton, page 9

"South Carolina" in *Encyclopedia of African-American Culture and History*, vol 5: 2529-2533. Edited by Jack Salzman, et al. (NY: Macmillan, 1996, rev. ed. and CD-ROM 2000).

"Farm Protest\Populism," pp. 265-267, and "Tenancy," pp. 747-749, in *Encyclopedia of Social History*. Edited by Peter N. Stearns. (NY: Garland Publishing, Inc., 1994).

NSF investigator and principal author (with Terrence R. Finnegan, Peyton McCrary, and James W. Loewen) "South Carolina" chap. 7, pp. 191-232, 420-432, in *The Quiet Revolution in the South: The Impact of the Voting Rights Act, 1965-1990*. Edited by Chandler Davidson and Bernard Grofman. (Princeton: Princeton University Press, 1994). Winner of the 1995 Richard F. Fenno Prize, Legislative Studies Section, American Political Science Association.

"Society," 4:1483-1493, "Family Life," 2:562-565, "Cotton" (with Patricia Bonnin), 1:416-420, and "Tobacco" (with Henry Kamerling), 4:1597-1599, in *Encyclopedia of the Confederacy*. Edited by Richard N. Current. (NY: Simon and Schuster, 1993).

"Large Questions in Small Places: Why Study Mount Pleasant's Institutions," pp. 37-48, in *Mount Pleasant's Institutions: Proceedings of the Third Forum of the History of Mount Pleasant*. Edited by Amy Thompson McCandless. (Mount Pleasant, September 1993).

"Sectional Conflict, Civil War, and Reconstruction," pp. 131-157, in *Encyclopedia of American Social History*, vol. 1. Edited by Mary Kupiec Cayton, Elliott J. Gorn, and Peter W. Williams. (NY: Charles Scribner's Sons, 1993; with revisions on CD-ROM 1998).

"The Burden of Southern Historiography: W J. Cash and the Old South," pp. 59-79, in *The Mind of the South Fifty Years Later*. Edited by Charles W. Eagles. (Oxford: University Press of Mississippi, 1992).

"'The Black Squint of the Law': Racism in South Carolina," pp. 161-185, in *The Meaning of South Carolina History: Essays in Honor of George C. Rogers, Jr.* Edited by David R. Chesnutt and Clyde N. Wilson. (Columbia: University of South Carolina Press, 1991).

"Reconstruction," review essay of Eric Foner's *Reconstruction* in *South Carolina Historical Magazine* 91:3 (July 1990): 217-220.

"Howard Kester," pp. 401-03 (414-15 2nd rev); "Edward Britt McKinney," pp. 462-63 (489-90 rev. 2nd); "Henry Leland Mitchell," pp. 475-76 (502 rev. 2nd); Modjeska Monteith Simkins, pp. 700-01 (747-48 rev. 2nd ) in *The Encyclopedia of the American Left*. Edited by Mari Jo Buhle, Paul Buhle, and Dan Georgakas. (NY: Garland Publishing, 1990, University of Illinois Press paperback, 1992 [rev. 2nd ed. Oxford University Press, 1998]).

"Whence Cometh Rural Black Reconstruction Leadership: Edgefield County, South Carolina," *The Proceedings of the South Carolina Historical Association, 1988-1989*. Aiken: The South Carolina Historical Association, 1989, pp 27-38. Reprinted as "Edgefield Reconstruction Political Black Leaders, pp. 161- 172, in Michael Bonner and Fritz Hamer (eds.) *South Carolina in the Civil War and Reconstruction Eras: Essays from the Proceedings of the South Carolina Historical Association* (Columbia: University of South Carolina Press, 2016).

"Fatherhood," pp. 1106-07; "Motherhood," pp. 1111-13; "Family, Modernization of," pp. 1540-41 in *Encyclopedia of Southern Culture*. Edited by Charles Reagan Wilson and William Ferris. (Chapel Hill: The University of North Carolina Press, 1989; paperback 1991; rev. ed.) "Motherhood" and "Fatherhood" in *Myth, Manners, and Memory* vol 4 (2007) and also in *Gender* vol. 13 (2009).

"Hiring Out," pp. 320-26, in the *Dictionary of Afro-American Slavery*. Edited by Randall M. Miller and John David Smith. (Westport, Conn.: Greenwood Press, 1988 [rev. 2nd. ed. 1997]).

"In My Father's House Are Many Leaders:  Can the Extreme Be Typical?"  *The Proceedings of the South Carolina Historical Association, 1987*.  (Aiken:  The South Carolina Historical Association, 1988), pp 23-32.

"The Development of the Tenant Farm System in the Postbellum South," *Tar Hill Junior Historian* 27, #1 (Fall 1987): 16-18.

"The Effects of the Civil War and Reconstruction on the Coming of Age of Southern Males, Edgefield County, South Carolina," pp. 204-223 in *The Web of Southern Relations: Women, Family and Education*.  Edited by Walter J. Fraser, Jr., R. Frank Saunders, Jr., and Jon L. Wakelyn.  (Athens: University of Georgia Press, 1985, paperback ed. 1987).

"Economics as Postbellum Southern History."  A Review Essay of *Old South, New South: Revolutions in the Southern Economy Since the Civil War* by Gavin Wright.  (NY: Basic Books, 1986) in *Reviews in American History* 16:2 (June 1988): 233-40.

"Anatomy of an Antebellum Rural Free Black Community: Social Structure and Social Interaction in Edgefield District, South Carolina," *Southern Studies: Interdisciplinary Journal of the South* 21 (Fall 1982): 294-325.  Special editor, Ira Berlin.

"The Rise and Fall of Afro-American Town Life:  Town and Country in Reconstruction Edgefield County, South Carolina," pp. 152-92 in *Toward a New South?  Studies in Post-Civil War Southern Communities*, Edited by Orville Vernon Burton and Robert C. McMath, Jr.  (Westport, Conn: Greenwood Press, 1982). .

Review essay of Elizabeth H. Pleck, *Black Migration and Poverty: Boston, 1865-1900*, in *Social Science History*, vol. 5 (Fall 1981): 483-88.

"The Development of Tenantry and the Post-Bellum Afro-American Social Structure in Edgefield County, South Carolina."  In *Presentations Paysannes, Dimes, Rente fonciere et Mouvement de la Production Agricole a l'epoque Preindustrielle: Actes du Colloque preparatoire* (30 juin-let et 2 juillet 1977) au VIIe *Congres international d'Histoire economique Section A3*.  Edimbourg 13-19 aout 1978, Vol. 2: 762-78.  Edited by E. LeRoy Ladurie and J. Goy.  Paris: Editions De L'Ecole des Hautes Etudes En Sciences Sociales, 1982.  Reprinted pp.19-35 in *From Slavery to Sharecropping:  White Land and Black Labor in the Rural South, 1865-1900*, vol. 3 of *African American Life in the Post-Emancipation South 1861-1900*.  Edited by Donald G. Nieman.  (Hamden, CT: Garland Publishing, 1994).

"Race and Reconstruction:  Edgefield County, South Carolina," *Journal of Social History* 12 (Fall 1978): 31-56.  Referenced and summarized in *Sociological Abstracts* 12, #1 (April 1978): 45.  Reprinted in *The Southern Common People: Studies in Nineteenth Century Social History*.  Edited by Edward Magdol and Jon L. Wakelyn, pp. 221-37.  (Westport, Conn: Greenwood Press, 1980).  Reprinted pp. 87-112 in *The Politics of Freedom: African Americans and the Political Process During Reconstruction*, vol. 5 of *African American Life in the Post-Emancipation South 1861-1900*.  Edited by Donald G. Nieman. (Hamden, CT: Garland Publishing, 1994).

"The Antebellum Free Black Community:  Edgefield's Rehearsal for Reconstruction," *The Furman Review* 5 (Spring 1974): 18-26.


*Accepted and in Press*:

Roundtable Discussion of "The Birth of a Nation," film on Nat Turner Insurrection, in *Civil War History* (expected 207), editedy by Ryan Keating.

"The Garden Spot of History," in vol. 3, *State of the Heart:  South Carolina Writers on the Places they Love.* Edited by Aida Rogers (Columbia:  University of South Carolina Press, expected August 2018)

 "Lincoln and His Faith," *Fides et Historia*, expected 2018.

"Religion and the Academy," *Books and Culture* 17:3 (May/June), 2018.

"Race, Place, and the American Dream:  A Digital History Case Study."  Commissioned by
      Editor of the *American Historical Review,* expected 2018*.*

 "Picturing Lincoln in the 1850s," *Journal of the Abraham Lincoln Association*, expected 2018.

 "Lincoln's Gettysburg Address in Context of the Emancipation Proclamation and 13th
Amendment," *Lincoln Lore*, expected Fall 2017.

"Revisiting Edgefield, South Carolina: Home to Dave Drake, the African American Potter," in *I
      Made This Jar:  The Life and Works of the Enslaved African-American Potter, Dave*.
      Revised edition, edited Jane Przybysz.  Original essay, "Dave and Edgefield County," pp.
      38-52 in book edited by Jill Beute Koverman.  (Columbia:  McKissick Museum
      University of South Carolina, 1998), expected 2018.

"History of the South and Southern Identity," in *The Routledge Handbook of the American
      South*.  Edited by Magi Morehouse.  Expected 2017.

"Religious Practices," in *The Routledge Handbook of the American South*.  Edited by Magi
      Morehouse.  Expected 2017.

"Lincoln and the South," in *Blackwell Companion to Abraham Lincoln*.  Edited by Michael
      Green, expected 2017.

"A Paradigm for American Race Relations Growing out of Slavery and Reconstruction"  in
      *Reconstruction at 150:  Reassessing the Revolutionary "New Birth of Freedom"*, eds
      Orville Vernon Burton and Brent Morris (Charlottesville:  University of Virginia Press,
      expected 2019).


*Articles on Digital History, Statistics, Computing, and Scholarship of Teaching and Learning
      (SoTL)*:

(with Simon Appleford) "Cyberinfrastructure for the Humanities, Arts, and Social Sciences," in
      *ECAR (Educause Center for Applied Research) Bulletin* 9: 1 (January 13, 2009): 2-11.

(with James Onderdonk and Simon Appleford) "History: The Role of Technology in the
      Democratization of Learning," pp. 197-205 in *Ubiquitous Learning*.  Edited by Bill Cope
      and Mary Kalantzis. (Urbana: University of Illinois Press, 2009).

"Teaching Race and Citizenship," pp. 229-35 in *America on the World Stage:  A Global
      Approach to U.S. History*.  Edited by Ted Dickinson and Gary Reichard.  Published for
      the Organization of American Historians by University of Illinois Press, 2008.

(with Simon Appleford)  "Digital History:  Using New Technologies to Enhance Teaching and
      Research," Web Site Reviews in *The Journal of American History* 99 (March 2008):
      1329-31.

(with James Onderdonk and Simon Appleford) "A Question of Centers:  One Approach to
      Establishing a Cyberinfrastructure for the Humanities, Arts, and Social Sciences,"
      *Cyberinfrastructure Technology Watch Quarterly* 3:2 (May 2007) –*CTWatch*,
      http://www.ctwarch.org.

Chapter 3, U.S. History Survey Syllabus (annotated), Teaching Philosophy, and examples, pp.
      94-107 in *AP US History Teacher's Guide*.  Edited by Nancy Schick and Warren Hierl
      (with Marc Singer, Assessment Specialist).  (Princeton:  College Board Advanced
      Placement of the Educational Testing Service, 2007).   Also available at
      (http://apcentral.collegeboard.com/apc/public/courses/teachers_corner/3501.html).

"American Digital History," *Social Science Computer Review* 23: 2 (Summer 2005): 206-220,
      reprinted in  "Essays on History and New Media," Roy Rosenzweig Center for History
      and New Media, at http://chnm.gmu.edu/essays-on-his-new-media/essays/?essayid=30

Burton, page 12

"Creating a Sense of Community in the Classroom," pp. 131-35 in *The Art of College Teaching: 28 Takes*.  Edited by Marilyn Kallet and April Morgan.  (Knoxville, University of Tennessee Press, 2005).

(with Ian Binnington and David Herr)  "What Difference Do Computers Make?  History, Historians, and Computer-Mediated Learning Environments," *History Computer Review* 19 (Spring 2003): 98-103.

(with Ian Binnington and David Herr)  "Computer Mediated Learning Environments:  How Useful Are They?" *AHR Perspectives:  Newsmagazine of the American Historical Association* 41:1 (January 2003): 14, 22 (More detailed Carnegie Report as "Historians Face the E-Future: Findings from the Carnegie Scholar Survey on Computer Mediated Learning Environments," at AHA Website www.theaha.org/perspectives/issues/2003/0301/0301not3.cfm).

(with Terence Finnegan and Beatrice Burton) "The Census Workbench:  A Distributed Computing U.S. Census Database Linkage System," in *Wayfarer:  Charting Advances in Social Science and Humanities Computing*.  Edited by Orville Vernon Burton, David Herr, and Terence R. Finnegan.  (Urbana:  University of Illinois Press, 2002).

(with David Herr and Beatrice Burton) "RiverWeb:  History and Culture of the Mississippi River Basin American Bottom," in *Wayfarer:  Charting Advances in Social Science and Humanities Computing*.  Edited by Orville Vernon Burton, David Herr, and Terence R. Finnegan.  (Urbana:  University of Illinois Press, 2002).

"Interviews with Exemplary Teachers:  Orville Vernon Burton," *The History Teacher* 35 (February 2002): 237-251.

"A Special Kind of Community," *Furman Magazine* 44, no. 1 (Spring 2001), 16-19.

"Why Care About Teaching?  An interview with an Accomplished Scholar and National Teaching Award Winner," *The Real Issue* (January/February 2000): 2-5.

"The Use of Historical and Statistical Data in Voting Rights Cases and Redistricting:  Intent and Totality of Circumstances Since the Shaw Cases," "Understanding Ecological Regression Techniques for Determining Racial Bloc Voting:  An Emphasis on Multiple Ecological Regression," and "Report on South Carolina Legislative Delegation System for *Vander Linden v. South Carolina*, Civ. Non. 2-91-3635-1, December 1995," in *Conference Workbook*.  Lawyer's Committee for Civil Rights Under Law Voting Rights Project, American University Washington College of Law, Voting Rights Conference, November 19-20, 1999, Washington D.C.

"Presenting Expert Testimony in Voting Rights Cases" and "Understanding Ecological Regression Techniques for Determining Racial Bloc Voting," in *Conference Proceedings*.  CLE/NAACP Annual Meeting, Indianapolis, IN, 1993.

(with James W. Loewen, Terence Finnegan, Robert Brischetto) "It Ain't Broke, So Don't Fix It:  The Legal and Factual Importance of Recent Attacks on Methods Used in Vote Dilution Litigation," lead article in *The University of San Francisco Law Review* 27:4 (Summer 1993): 737-780.

"Teaching Historians with Databases," *History Microcomputer Review* 9:1 (Spring 1993): 7, 9-17.

(with Terence Finnegan), "Two Societies at War, 1861-1865," pp. 273-90 in *Documents Collection America's History*, vol. 1.  Edited by Orville Vernon Burton, et al., to accompany James Henretta, et al., *America's History*, 2nd ed. (NY:  Worth Publishers, 1993).

"Populism," pp. E7-E11, in *Instructor's Resource Manual America's History*, 2nd ed., vol. 2 to accompany James Henretta, et al., *America's History* (NY:  Worth Publishing, 1993).

"Quantitative Methods for Historians:  A Review Essay," *Historical Methods* 25:4 (Fall 1992): 181-88.

Burton, page 13

"Computers, History, and Historians:  Historians and Converging Cultures?" *History Microcomputer Review* 7:2 (Fall 1991): 11-23.

(with Terence Finnegan) "Historians, Supercomputers, and the U.S. Manuscript Census," in *Proceedings of the Advanced Computing for the Social Sciences Conference*.  Edited by Bruce Tonn and Robert Hammond.  Washington, D.C.: GPO (U.S. Department of Commerce Bureau of the Census), 1990.  Revised edition published in *Social Science Computer Review* 9:1 (Spring 1991), 1-12.

(with Terence Finnegan) "Developing Computer Assisted Instructional (CAI) Materials in the American History Surveys," *The History Teacher* 24:1 (Nov. 1990): 1-12.

(with Terence Finnegan) "Teaching Historians to Use Technology:  Databases and Computers," *International Journal of Social Education* 5:1 (Spring 1990): 23-35.

"Complementary Processing:  A Supercomputer/Personal Computer U.S. Census Database Project" in *Supercomputing 88*, vol. 2 *Science and Applications*.  Edited by Joanne L. Martin and Stephen Lundstrom.  Washington, D.C.: IEEE Computer Society Press, 1990, pp. 167-177.

"History's Electric Future" in *OAH* (Organization of American Historians) *Newsletter* 17: #4 (November 1989): 12-13.

"New Tools for 'New' History: Computers and the Teaching of Quantitative Historical Methods" in *Proceedings of the 1988 IBM Academic Information Systems University AEP Conference, "Tools for Learning,"* Dallas/Ft. Worth, Texas, June 1988.  Edited by Frederick D. Dwyer.  Abstract in *Agenda*, pp. 73-74.  An expanded and significantly different version with Terence Finnegan as coauthor appears in *History Microcomputer Review* 5:1 (Spring 1989): 3, 13-18.

(with Robert Blomeyer, Atsushi Fukada, and Steven J. White) "Historical Research Techniques: Teaching with Database Exercises on the Microcomputer," *Social Science History* 11:4 (Winter 1987): 433-448.

*The United States in the Twentieth Century* (History 262).  Champaign: University of Illinois Guided Individual Study, Continuing Education and Public Service, 1986.

"The South in American History" in *American History: Survey and Chronological Courses, Selected Reading Lists and Course Outlines from American Colleges and Universities*, Edited by Warren Susman and John Chambers, vol. 1: 121-27.  (NY: Marcus Wiener Publishing, Inc., 1983, rev. 2nd ed. 1987, rev. 3rd ed. 1991).

"Using the Computer and the Federal Manuscript Census Returns to Teach an Interdisciplinary American Social History Course," *The History Teacher* 12 (November 1979): 71-88.  Reprinted with a few changes in *Indiana Social Studies Quarterly* 33 (Winter 1980-81): 21-37.


*Interviews, Reports, and Other Publications*:

"A Brief Conversation with James M. McPherson," in *The Struggle for Equality: Essays on Sectional Conflict, the Civil War, and the Long Reconstruction in Honor of James M. McPherson.* Edited by Burton et al., pp. 288-92 (Charlottesville:  University of Virginia Press, 2011).

"We must learn not to hide from our racist past," *Greenville News* December 27, 2014.

"Dr. Lacy K. Ford Jr.," *Caroliniana Columns: University of South Caroliniana Society Newsletter*, Issue 35 (Spring, 2014), pp. 3-4.

"A Few Words about Allen Stokes as He Retires as Director of the South Caroliniana Library," *Caroliniana Columns: University of South Caroliniana Society Newsletter*, Spring 2013, pp. 1, 4-5.

Burton, page 14

"UI Earns Right to be Mr. Lincoln's University: Excerpted from remarks by Prof. Vernon Burton, April 1, 2010 keynote address at the UI College of Law," *The News Gazette* (Champaign, Illinois) May 23, 2010, pp. C-1 and C-4.

"Learning from the Bicentennial:  Lincoln's Legacy Gives Americans Something for which to Strive," *The News Gazette* (Champaign, Illinois) February 12, 2010, pp. C-1 and C-4.

"Life of Lincoln Resonates Today," *The Atlanta Journal-Constitution*, Opinion, Dec. 9, 2009, A19.

"Remarks by Professor Orville Vernon Burton at the October 10, 2009 Celebration of Abraham Lincoln's September 30, 1959 Speech," Delivered at the Milwaukee War Memorial Center at the Invitation of the Wisconsin Lincoln Bicentennial Commission, Appendix pages 166-177 in *Final Report and Appendix of the Wisconsin Lincoln Bicentennial Commission*, To:  The Governor of the State of Wisconsin, Jim Doyle, Responsive to: Executive Order #245, Date:  February 12, 2010.

"Max Bachmann's Bust of Abraham Lincoln, Circa 1915," pp. 88-89 in *Lincoln in Illinois*, Ron Schramm, Photographer and Richard E. Hart, Compiler and Editor (Springfield: published by the Abraham Lincoln Association, 2009.

"Is There Anything Left to Be Said about Abraham Lincoln?" *Historically Speaking* 9:7 (September/October 2008): 6-8.

"An Interview with Vernon Burton" *Lincoln Lore*, no. 1894 (Fall 2008), pp. 18-24.

"Lincoln's Generation also Faced Crisis Involving Religion and Terrorism," in *History Network Newsletter*, February 25, 2008.

"Abraham Lincoln, Southern Conservative: An Interview with Orville Vernon Burton" ( 2 Parts), posted by Allen Barra, October 2, 2007.
http://www.americanheritage.com/blog/200710_2_1259.shtml and
http://www.americanheritage.com/blog/200710_2_1260.shtml

Interview by Roy A. Rosenzweig, 2001, "Secrets of Great History Teachers," *History Matters*, at http://historymatters.gmu.edu/browse/secrets/.

"Keeping Up With the e-joneses:  Information Technology and the Teaching of History," *Proceedings for First Annual Charleston Connections:  Innovations in Higher Education Conference.  Learning from Each Other:  The Citadel, The College of Charleston, The Medical University of South Carolina, Charleston Southern University and Trident Technical College.*  June 1 and 2, 2001, The Citadel, Charleston, South Carolina, p. 63.

(with Terence Finnegan and Barbara Mihalas) "Developing a Distributed Computing U.S. Census Database Linkage System," Technical Report 027 (December 1994).  National Center for Supercomputing Applications, UIUC.

"On the Study of Race and Politics," *Clio:  Newsletter of Politics & History,  An Organized Section of the American Political Science Association* 3:1 (Fall & Winter, 1992/1993): 6.

"Benjamin Mays of Greenwood County:  Schoolmaster of the Civil Rights Movement," *South Carolina Historical Society* News Service, published in various newspapers, 1990.

"Quantitative Historical U.S. Census Data Base" in *Science: The State of Knowing*.  National Center for Supercomputing Applications, Annual Report to the National Science Foundation 1987, p. 29.

"Computer-Assisted Instructional Database Programs for History Curricula" *Project EXCEL*. 1986-87 Annual Report.  Office of the Chancellor, UI at Urbana-Champaign, pp. 41-42.

"Postmodern Academy," *The Octopus*, January 24, 1997, p. 6.

(with David Herr and Ian Binnington) "Providing Lessons in Mississippi River Basin Culture and History: riverweb.ncsa.uiuc.edu," in *Touch the Future:  EOT-PACI*, 1997, p. 43.

"The Coming of Age of Southern Males During Reconstruction:  Edgefield County, South Carolina," Working Papers in Population Studies, School of Social Sciences, University of Illinois at Urbana-Champaign, 1984.

Burton, page 15

In Memorial – Essays for F. Sheldon Hackney and Bertram Wyatt-Brown in the American
    Historical Association (AHA)  *Perspectives*; Thomas Krueger and Philip Paladin in
    Organization of American Historians *OAH Newsletter*, and F. Sheldon Hackney JSH
    LXXXI:2 (May 2015), pp. 350-52, and Ernest L. "Whitey" Lander, in *Journal of
    Southern History*.
"Creating a Major Research Archive on Southern History," *Caralogue:  The Journal of the South
    Carolina Historical Society*, June, 2015.
A number of brief essays about the Clemson CyberInstitute, for example, "Clemson's
    CyberInstitute encourages Collaboration," http://features.clemson.edu/inside-
    clemson/inside-news/clemson%E2%80%99s-cyberinstitute-encourages-collaboration/
In addition, I have written a number of reports as expert witness for minority plaintiffs in voting
    rights and discrimination cases.


*Accepted and In Press*:
 "Liberty," in the Fetzer Institute's *Booklet of Notable Lincoln Quotations*, expected 2017.


*Digital Publications and Projects*:
Editor in Chief, *The Long Civil War: A Digital Research and Teaching Resource*, Alexander
    Street Publishers, 2013-
Editor in Chief, *Slavery and Anti-Slavery:  A Transnational Archive.* The Largest Digital
Archive on the History of Slavery.  Farmington Hills, MI:  Thompson-Gale, 2007--14.
http://www.galetrials.com/default.aspx?TrialID=16394;ContactID=15613.  Advisory Board:  Ira
    Berlin, Laurent Dubois, James O. Horton, Charles Joyner, Wilma King, Dan Littlefield,
    Cassandra Pybus, John Thornton, Chris Waldrep.
    Part I:  Debates Over Slavery and Abolition, 2009
    Part II:  Slave Trade in the Atlantic World, 2011
    Part III:  Institution of Slavery, 2012
    Part IV:  Age of Emancipation, 2014
Webmaster for the Abraham Lincoln Bicentennial Commission Website, 2007-10, now
    maintained by the ALB Foundation. http://www.lincolnbicentennial.gov/
"Does Southern Exceptionalism Exist," Inside Clemson, May 14, 2014
    http://newsstand.clemson.edu/does-southern-exceptionalism-exist/
Lincoln Remembered:  Nine essays – "Lincoln and the Founding of Democracy's Colleges,"
    "Lincoln:  America's "First and Only Choice," "Picturing Lincoln," "Putting His Politics
    on Paper," "Belief in the Rule of Law," "Taking a Stand Against Slavery," "The
    Movement Toward Civil Rights," "Political Brilliance on the Path to the Emancipation
    Proclamation," "Lincoln's Last Speech," commemorating the bicentennial of Lincoln's
    birth, February 2009 to February 2010.  A monthly blog for the Illinois LAS On-line
    Newsletter; available at http://www.las.illinois.edu/news/lincoln/.
Writing the South in Fact, Fiction and Poetry:  A Conference Honoring Charles Joyner.
    Thursday and Friday Sessions.  DVD produced of Conference I organized at Coastal
    Carolina University, Conway, SC, Feb. 17-19, 2011.  Produced CD Aug. 2011.
Editor, "Slavery in America in Sources in U.S. History Online." Farmington Hills, MI:
    Thompson Gale, 2007.
"The Mississippi River in American History," for *Mark Twain's Mississippi*, including essays
    with Simon Appleford and Troy Smith, on "Economic Development, 1851–1900,"
    "Politics, 1851–1900," "African Americans in the Mississippi River Valley, 1851–1900,"
    "Native Americans in the Mississippi River Valley, 1851–1900," "Religion and Culture,
    1851–1900," and "Women in the Trans-Mississippi West,1851–1900."  Edited by Drew
    E. VandeCreek, Institute of Museum and Library Services *(IMSL)* Project (2007). Online

Burton, page 16

Resource: http://dig.lib.niu.edu/twain/.

RiverWeb:  An interdisciplinary, multimedia, collaborative exploration of the Mississippi River's interaction with people over time (now redone as Cultural Explorer).  CD-ROM and Website http://riverweb.ncsa.uiuc.edu/.

The Illinois RiverBottom Explorer (IBEX).  Part of the East Saint Louis Action Research Project (ESLARP) where Faculty and East St. Louis neighborhood groups and local churches work on tangible and visible projects that address the immediate and long-term needs of some of the city's poorest communities.  (More is available at http://www.eslarp.uiuc.edu/).  IBEX serves as a resource for historical documents, primary and secondary sources, and oral history interviews. Website: http://www.eslarp.uiuc.edu/ibex/archive/default.htm.

Text96.  A collection of primary source electronic texts for teaching American History.  Website http://www.history.uiuc.edu/uitext96/uitexttoc.html.

"Database Exercises and Quantitative Techniques: Exercise I: Colonial America." Madison, WI: Wiscware, 1987. (for IBM and compatible computers, 1 disk, Instructional Workbook, and Teacher's Instructional Sheet).

"Lessons in the History of the United States." Wentworth, NH: COMPress, 1987 (1989 with QUEUE, Fairfield, CT). For IBM color monitor; originally 50 computer exercise modules on 25 computer disks + instructor's manual.  An interactive electronic textbook of U.S. history.

Automated linkage and statistical systems Unix Matchmaker, AutoLoad, RuleMatch, DisplayMatch, ViewCreate (Urbana:  UI NCSA, 2000).
Website http://www.granger.uiuc.edu/aitg/maps/1870/htm/default.htm

"Illinois Windows Dataentry System for U.S. Census." University of Illinois, 1988 (for IBM PS2 and compatible computers with Windows applications, 1 disk, Instructional Sheet)

*The Age of Lincoln* website at https://ageoflincoln.app.clemson.edu.

Current Digital Projects include Social Media Learning Center Studies of Elections, Redistricting, Minorities, and Discussions of the American South, Race, and the Civil War.  Also text and data analytics (mining) – developing techniques using the HathiTrust, Internet Archive II Digital Book Collection, and Library of Congress Chronicling America U.S. newspaper archive to study "DNA" of writings of Abraham Lincoln, changing views of American South over time, interpretations of Civil War and development of "Lost Cause Mythology."

In addition, I continue to use Edgefield County, South Carolina to investigate, "large questions in small places."  I have accumulated a quantitative database that includes every person and farm recorded in the U.S. manuscript census returns linked from 1850 to 1880 for old Edgefield District, South Carolina (a region now comprising five different counties).  With this unique database I (and my students) can study, test, and suggest themes in American History with details and specificity related to the lives of ordinary folks.


Other Selected Honors, Awards, and Grants:

Certificate of Excellence from the Carnegie Academy for the Scholarship of Teaching and Learning for Work that Advances the Practice and Profession of Teaching In Support of Significant Student Learning, 2001

H-Net received the James Harvey Robinson Prize for teaching from the American Historical Association, 1997

Award of Distinction in the Film/Video-History/Biography category from the International Academy of the Visual Arts, 16th Annual Communicator Awards, for "People: A Lincoln Portrait" television interstitial series (The Communicator Awards is the leading

Burton, page 17

international awards program honoring creative excellence for communications
professionals), 2010 (part of program I put together for Lincoln commemoration at
UIUC).

SC African American Heritage Commission's 2009 "Preserving Our Places in History" Project
Award for Claw's (Executive Director, College of Charleston Carolina Lowcountry and
Atlantic World) work in commemorating the banning of the international slave trade

Florida Historical Society, Medallion Lecture, 2002

Auburn University, Eminence in the Arts and Humanities Fellows Lectures Medallion, "awarded
to persons of distinguished achievement in the arts and humanities: writers, artists or
renowned scholars in one or more of the liberal arts disciplines," 2012

Senior Research Fellow, Southern Studies, University of South Carolina, 1988

Phi Beta Kappa, Furman University, 1986

Princeton University Scholar Award, 1969

National Defense Educational Award Title IV Fellowship, 1971 (Princeton University)

Clark Foundation Scholarship, 1966-69 (Furman University)

Wicker Award for Outstanding Student (sophomore), Furman University, 1967

Endel History Award, Furman, 1969

Bradshaw-Feaster General Excellence Award (Furman's highest honor for the graduating senior
selected by faculty), 1969


*UIUC Honors and Teaching Awards and Recognition*

Inaugural University "Distinguished Teacher/Scholar," 1999-2008

University Scholar, 1988 – 2008

Campus Award for Excellence in Public Engagement, 2006

Graduate College Outstanding Mentoring award, 2001-02

Fellow, Center for Advanced Study, 1982, Associate, 1994

Burlington Northern Faculty Achievement Award (UIUC), 1986

Study in a Second Discipline, Statistics and Demography, 1984

All-Campus Award for Excellence in Undergraduate Teaching, 1999

LAS Dean's Award for Excellence in Undergraduate Teaching, 1999

LAS Award for Distinguished Teaching, 1986

School of Humanities Teaching Award, 1986

George and Gladys Queen Excellence in Teaching Award in History, 1986

Undergraduate Instructional Award (UIUC), 1984

Every semester and for every undergraduate course that I taught at the University of Illinois
(excluding large survey classes of between 300-750 students), I was deemed excellent in
the UIUC "Incomplete List of Excellent Teachers." I was noted on the list for more than
twenty different courses. I was noted as "outstanding" from 1979 as long as they used
that designation.

Recognized by the Pan-Hellenic Council at as an "outstanding staff member for furthering
scholastic achievement"

Selected by History Department as the "one instructor whom you believe best at creating
intellectual excitement in students" for an educational study of teaching practices of
college teachers, 1978

Received the Resident Hall Association Award for the Best Educational Program for
lectures/discussion on *Gone With the Wind* and *Jubilee* for Black History Month, 1996

The Honor Society of Phi Kappa Phi, UIUC, Vice President, 2002-03; President, 2003-04

Ronald E. McNair Scholars Program Dedicated Service Award for Minority Students, 1996

Burton, page 18

Associate Vice Chancellor Academic Affairs award for contributions to the Student Research
  Opportunities Program and work with minority students (1995, 2006)


*Selected Grants*:

National Science Foundation (NSF), GK-12: Ed Grid Graduate Teaching Fellows Program,
  2003-09 ($4,990,015)

NSF, EAGER: Prototype Tool for Visualizing Online Polarization (co-Pi), 2012-14 ($262,654)

NSF CISE/IRIS Division Award, Grant No. ASC 89-02829, Automated Record Linkage, 1991

NSF Grant No. CDA-92-11139, "Historical U.S. Census Database with High Performance
  Computing," 1992

NSF, EPIC Grant, 2006-08 ($20,000)

NSF Catalyst Grant for Social Science Learning Center (with MATRIX, Michigan State
  University), 2006-09 ($175K)

NSF, Senior Investigator on the MRI award, Award #1228312 MRI: Acquisition of High
  Performance Computing Instrument for Collaborative Data-Enabled Science
  ($1,009,160) See:
  http://nsf.gov/awardsearch/showAward?AWD_ID=1228312&HistoricalAwards=false

Abraham Lincoln Bicentennial Foundation, Lincoln's "Unfinished Work": Conference on The
  South and Race," 2012-2017 ($27,000)

National Parks Service, "*Administrative Histories of Fort Sumter National Monument and
  Charles Pinckney National Historic Site,*" $110,000.00

Clemson University, "Tracking Themes Across Time and Space," 2012 ($10,000)

National Endowment for the Humanities (NEH) Challenge Grant for Institute for Computing in
  Humanities, Arts, and Social Science, 2008-11 ($750,000, 3 mil. Total with challenge
  matches)

NEH Educational Technologies Grant, ED-20758, 1997-99

NEH Humanities High Performance Computing Advance Research and Technology (HpC):
  Coordinating High Performance Computing Institutes and the Digital, 2008-09
  ($249,997). To support a total of nine institutes and one joint conference for humanities
  scholars, to be hosted by three different high-performance computer centers: the National
  Center for Supercomputing Applications, the Pittsburgh Supercomputing Center, and the
  San Diego Supercomputer Center.

NEH, NSF, and the Joint Information Systems Committee, "Digging Into Image Data to Answer
  Authorship Related Questions," 2009-11 ($100,000).

(with Max Edelson) NEH, The Cartography of American Colonization Database Project, To
  support the development of a database of 1000 historical maps illustrating the trajectory
  of colonization in the Americas. The database will provide a searchable introduction to the
  mapping of the western hemisphere in the era of European expansion, ca. 1500-1800.
  2008-09 ($24,997)

NEH Conference Grant (with R. C. McMath, Jr., History and Social Sciences, Georgia Institute
  of Technology), 1978

NEH Summer Research Fellowship, 1983

American Council of Learned Societies (ACLS) Travel grant, 1977

American Council of Learned Societies  (ACLS) Grant- to Recent Recipients of the Ph.D., 1977

PT3/Technology Across Learning Environments for New Teachers grant, U.S. Department of
  Education, 2002-03, 2003-04

Academy of Academic Entrepreneurship, 2006-08

National Archives Record Administration grant for digital records, 2003-05

IBM Shared University Research Grant, 1994

Burton, page 19

IBM Innovations grant, Educational Technologies Board, 1992
IBM Technology Transfer IBM grant, 1988
IBM EXCEL II, History Database Teaching Project, 1987
IBM EXCEL Project, History Database Teaching Project, 1986
Partnership Illinois Award, 1998 (with Brian Orland, Pennsylvania State University Landscape
        Architecture, East St. Louis Research Project), RiverWeb 2002-03, 2003-04
East Saint Louis Action Research Program Grant, 2005-06, 06-07, 07-08
Andrew Carnegie Foundation 3-year Baccalaureate Study Grant, 1976
Sloan Center for Asynchronous Learning Environment Grant, 1998
The Humanities Council (South Carolina) Outright Grant ($8,000), THC grant #10-1363-1
        (Writing the South in Fact, Fiction, and Poetry), 2011
South Carolina Humanities Council Conference Grant (with Tricia Glenn), 2005
South Carolina Humanities Council Conference Grant (with Winfred Moore), 2002-03
South Carolina Humanities Council Conference Grant (with Bettis Rainsford), 2000-01

*Selected Grants from University of Illinois*
Office of Continuing Education Grant, 2005-06, 06-07
Chancellor, Provost, and Vice Chancellor Research, RiverWeb Grant, 2004-05 ($30K)
Advanced Information Technologies Group Research Award, 1994, 96, 97, 2000
Applications of Learning Technologies in Higher Education grant for UI--Text96 Project, 1995--
        2000 (co-principal investigator with Richard Jensen of UIC campus)
Educational Technologies Board Grant for RiverWeb 1998
Guided Individual Study Grant for RiverWeb, 1997-98
Program for the Study of Cultural Values and Ethics, Course Development Award, 1993
Arnold O. Beckman Research Grant Award, UIUC Research Board, 1989, 1992
Language Laboratory Computer Assisted Instruction Award, 1988
Research Board Humanities Faculty Research Grant, 1986
Graduate Research Board, support for various projects, 1976-08

*Selected Grants from Clemson University*
2011/2012 University Research Grant Committee (URGC) Program ($10,000)
2013-14  CAAH & Library Digital Humanities Grant ($4000)

Selected Professional Activities and Service:
Officer Congressional Abraham Lincoln Bicentennial Commission Foundation, 2008-2010;
        Board of Directors, Abraham Lincoln Bicentennial Foundation, interim President, 2010,
        vice-chair 2010-
Southern Historical Association, President 2011-12, President Elect, 2011, Vice President Elect,
        2010, Executive Council, 2005-08, 09-15; Program Committee 1989, 1998; 2005 (Chair);
        Membership Committee, 1986-87, 1991-92; 1995-98; 2002; Committee on Women,
        1992-95, Nominating Committee, 1999-2000, Chair H.L. Mitchell Book Award
        Committee, 2000-02
Agricultural History Society, President 2001-02, Vice President 2000-01, Executive Committee,
        1997-2006; Committee to Review and Revise Constitution and By-Laws, 2004-05;
        Nominating Committee, 1991-94, chair 1993-94; Committee to Select first Group of
        Fellows for Society, 1995; Committee to select new Secretary/Treasurer, 2009-10
Organization of American Historians, Included in the Organization of American Historians Race
        Relations Expert Guide, 2015-, OAH/ALBC (Abraham Lincoln Bicentennial
        Commission) Abraham Lincoln Higher Education Awards Committee, 2007-09; ABC-

CLIO "America:  History and Life" Award Committee, 1997-99; Membership Committee, 1990-94, nominated for executive board 1989.

Social Science History Association, Executive Committee 2000-03; Nominating Committee 1990-91; Program Committee 1989, 1993; Community History Network Convener, 1976-79; Rural History Network Convener, 1988-90, 1993-94

Social Science Computing Association, Executive Council, 1993-2002; Organizing Committee Chairperson for Annual Conference, 1993, Conference on Computing for the Social Sciences (CSS93); program committee 1993-95, 2001

American Historical Association, Nominated for Vice President for Teaching, 2009

Southern Association for Women Historians, Membership Committee, 1996-99

South Carolina Historical Association, Executive Board, 2009-12

H-Net, founding member of H-Net, Treasurer and Executive Committee, 1993-99; Chair, committee to evaluate multimedia NEH grant; Editor H-South (book review editor 1997-2000); Editorial Board of H-Rural, H-Slavery, and H-CivWar.

Advisory Board, The Virtual Archives for Land-Grant History Project, Association of Public-Land Grant Universities, 2012-

Scholarly Advisory Group, President Lincoln's Cottage at the Soldier's Home, 2012-

Executive Council, The University South Caroliniana Society, 2011-15

University of South Carolina, Search Committee for Director South Caroliniana Library, 2012

Executive Board South Carolina Jubilee Project, 2012-14

External Advisory Board (EAB) of the proposed NSF Center for Data Science and Engineering, University of North Carolina, Chapel Hill, 2014-

Member South Carolina Abraham Lincoln Bicentennial Commission, 2008-2010

Member Champaign County, Illinois, Abraham Lincoln Bicentennial Commission, 2006-10

Council, U.S. Civil War Sesquicentennial Commission, 2009-15

Historical Advisory Committee to the "Fort Sumter/Fort Moultrie Trust," charged with organizing Sesquicentennial Activities in Charleston and South Carolina Lowcountry, 2010-15

Associate Editor for History, *Social Science Computer Review*, 2012-16

Editorial Board, International Journal of Humanities and Social Science Research, 2015-

Editorial Board, Digital Humanities Series, University of Illinois Press, 2005-

Editorial Board, *Change and Continuity*, 1995-

Editorial Board *Fides et Historia*, 2010-

Editorial Board *Proceedings of the South Carolina Historical Association*, 2009-14

Editorial Board, *History Computer Review*, 1990-2003

Editorial Board, *Locus:  An Historical Journal of Regional Perspectives on National Topics*, 1994-96

The Illinois Humanities Council Scholar, 2004-05

Presented to President's Information Technology Advisory Commission (PITAC), 9-16-2004

Invited to NEH Digital Humanities Initiative Mini-Conference, March 2006 and Digital Humanities Summit, April 2011, December 2007

Digital Library Federation Scholars' Advisory Panel, 2004-7

University of Tennessee Knoxville Horizon Project Steering Committee, 2014-

Peer Reviewer, ACH/ALLC/SDH-SEMI Joint Digital Humanities Conferences, 2007-13

*E-Docs*, (one of 3 founding members) Editorial Board, 1998-2005

Advisory Board, *Postwar America: An Encyclopedia of Social, Political, Cultural, and Economic History*

Mentor for Southern Regional Council Minority Scholars Program, 1992-96

UIUC Representative to Lincoln Presidential Library Committee: Educational Activities Committee, 2001; Fellowship Committee, 2002

Faculty Associate, Council for International Exchange of Scholars, 2002-03

Evaluator/Referee (one of two for history) for the Pew Foundation Faculty Research
    Fellowships, 1997-98, 1998-99; 2001 (for graduate students for summer seminar)

Evaluator and Referee for American Council of Learned Societies Grants, 2005-08

National Endowment Humanities, Review Panels:  Scholarly Editions Program, 2007-08, for
    Digital Humanities Grants, 2010, NEH Division of Public Programs Panel, "America's
    Historical and Cultural Organizations" (AHCO) grant initiative, 2013

National Science Foundation Review Panel for Knowledge and Distributed Intelligence grants,
    1998, 1999

Advisory Board for *International Journal of Social Education*, 1986-2000

Advisory Reviewer for *The Journal of Negro History* (since 2002, *The Journal of African
    American History*), 1992-

Editorial Advisory Board, *The South Carolina Encyclopedia*, gen. editor Walter Edgar, 2000-06

Advisory board for the online *South Carolina Encyclopedia*.  Southern Studies Institute,
    University of South Carolina, 2015-

Advisory Board, Digital Library on American Slavery, University of North Carolina,
    Greensboro, 2004-10

Advisory Board, Biographies: The Atlantic Slaves Data Network (ASDN), 2010-

Advisory Board, Simms Initiatives of the Library at the University of South Carolina, 2009-14

Advisory Board, American Insight, 2013-  (www.AmericanINSIGHT.org)

Strategic Advisory Council for MATRIX: The Center for Humane Arts, Letters and Social
    Sciences On-line at Michigan State University, 2004-

Advisory board, of the Michigan State University MATRIX online project, "Mapping Civil War
    Politics"

External Advisory Board (EAB) of proposed Center of Data for the Public Good, University of
    North Carolina, Chapel Hill

Humanities, Arts, Science, and Technology Advanced Collaboratory (HASTAC), Steering
    Committee and Planning Committee, 2003-04, Program Committee, 2009, 2010, 2013-14

External Advisory Board, National Historic Preservation Research Commission (NHPRC)
    "Effective User-Centered Access For Heterogeneous Electronic Archives" project,
    Illinois Institute of Technology, 2003-05

Advisory Committee, American Studies Program, Bureau of Educational and Cultural Affairs,
    U.S. Information Agency, 1989-93

Delegate to the Mexican/American Commission on Cultural Cooperation, Mexico City, June
    1990; Chairperson of United States delegation (Co-Chairperson with Mexican
    counterpart), U.S. Studies Working Group

National Advisory Board to Alan Lomax's Global Jukebox: 1993-

Advisor for "Crossroads of Clay":  NEH Alkaline Glazed Stoneware Exhibition and Catalog,
    McKissick Museum, University of South Carolina, 1987-90

Advisory Committee Film Project for Historic Southern Tenant Farmers Union, 1986-90

Consultant, Commercial film, "Roll the Union On" about H.L. Mitchell and the Southern Tenant
    Farmers Union

Consultant on the Renewal of the 1965 Voting Rights Act, 1981-82, 2004-07, including
    consultation for an NBC TV Special.

The Civil Rights Project at University of California, Berkeley, Advisory Board for "The Decade
    Ahead:  Reauthorization of the Voting Rights Act and the Future of Democratic
    Participation," 2004-07

Consultant for Documentary, "Behind the Veil," 1995-2005

Board of Directors of the Abraham Lincoln Historical Digitization Project, 1997-

Advisory Council for the Lincoln Prize at Gettysburg College, 1997-

Prize Committee for the Technology and History Award, The Gilder Lehrman Institute of
    American History, 2000-01
International Committee on Historic Black Colleges and Universities, 2001-
Consultant, Belle Meade and The Hermitage and Vanderbilt University.  Presentations of
    slavery.
Consultant, Morven Park, 2010-12
Consultant, for Matt Burrows, documentary "The Assassination of N.G. Gonzales by James H.
    Tillman," 2010-
Consultant, for Chris Vallilo musical performance, "This Land is Your Land:  Woody Guthrie
    and the Meaning of America," 2010-
Organizing and Founding Committee International Society for the Scholarship of Teaching and
    Learning (IS-SOTL), 2003-7.  Drafted initial mission statement for Society.
Advance Research and Technology Collaboratory for the Americas (ARTCA) –Organization of
    American States, Advisory Board Chair, 2008-
Furman University Alumni Council Board, 2010-16
International African American Museum Program Subcommittee (Charleston, SC), 2016-
Dr. Benjamin E. Mays Historical Preservation Site Foundation Board, 2015-

*Service - University of Illinois* (three campus system – Urbana, Chicago, Springfield)
UI Senate Conferences (elected), all three campuses of the University of Illinois, 2006-09,
    Presiding officer (chair) 2007-08
Lincoln Bicentennial Commission, 2006-09
Academic Affairs Management Team, 2007-08
Task Force for Global Campus, 2006-07
External Relations Management Team, 2006-09
Strategic Plan Committee, 2005-06

Service (selected) University of Illinois at Urbana-Champaign
Faculty Senate (elected), 1999-2001, 2002-03; 2005-06, 2006-07, Presiding Officer (Chair,
    Senate Executive Committee), 2005-06, 2006-07 (was Senate Council) elected 2000-01,
    2003-04; 2005-06; 2006-07; Chair, Education Policy Committee, 2002-03, Chair 2003-
    04; Budget and Priorities Committee, 1999-01, Chair 2000-01
As Chair Faculty Senate Executive Committee, 2005-07 represented faculty at Board of Trustee
    meetings, and CIC meetings.  Led in developing ideas of shared governance, helped in
    the drafting and implementing of a strategic plan for both the University of Illinois and
    the Urbana-Champaign campus. Oversaw establishment of the Illinois Informatics
    Institute (I3) and the School of Earth, Society, and Environment.  Dealt with issues of
    multi-year contracts for research faculty and staff policy, rehiring of retirees, Global
    Campus, and led study of Academic effects of Chief Illini and diversity issues.
Organizer and Chair, Planning Committee for the Lincoln Bicentennial, 2006-09
Task Force for Diversity and Freedom of Speech, 2007-08
Convocation address, August 21, 2000
Search Committee for Chancellor, vice-chair, 2004-5
Association of American Colleges and Universities campus representative and Assoc., 2004-05
Martin Luther King, Jr., Week Planning Committee, co-chair, 2002-03, 03-04, 04-05, 05-06
Strategic Plan Committee, 2005-06
Chancellor's Task Force ("Kitchen Cabinet") for the Humanities, 2002-04
Provost's ad hoc Committee on Evaluating Public Service for Promotion and Tenure, 2003-04
Brown Jubilee Planning Committee, Diversity Initiative, 2002-04
Law-Education *Brown* Jubilee Conference Program Committee, 2002-04
East St. Louis Action Research Projects (ESLARP) Campus Advisory Committee, 2004-

Burton, page 23

University Planning Council, 2000-01
Selection Committee for University Scholars, 1999 -- 2000, Chair Subcommittee for Social
    Sciences, Humanities, FAA, Communications, Education, Law 2000
UI President's Distinguished Speakers Program, 2000-02, 2006-08
University of Illinois Press Board, 1995-2000, Chair 1998-2000
Search Committee for Director University of Illinois Press, 1998-99
Committee on University Publishing, 1997-98
Graduate College Executive Committee, 1998-2000; Committee to Evaluate Dean of Graduate
    College, Committee to Review and Implement Graduate Program Revisions, Graduate
    Student Grievance Policy Committee
Graduate College Office of Minority Affairs Strategic Planning Committee, 1999-2000
University Administration Budget and Benefits Study Committee, 2000-02
Budget Strategies Committee, 1993-94, Subcommittee for Library. Subcommittee for Faculty
    Productivity and Teaching Models
Illinois Program for Research in the Humanities (IPRH) Advisory Committee, 2001-03
Center for Democracy in a Multicultural Society, Advisory Committee, 2002-08
Center for Advanced Study George A. Miller Committee, 2000-03
UI-Integrate Faculty Advisory Committee, 2003-04
Graduate College Area Subcommittee for the Humanities and Creative Arts, 1996-98
Campus-wide Advisory Committee for the Center for Writing Studies, 2000-01
Committee on Institutional Cooperation (CIC), Selection Committee for CIC Research Grants in
    the Humanities, 1993-94
Chancellor's Task Force for Minority Graduate Students, 1989-92
Chair, Subcommittee for Summer Program for Minority Graduate Students, 1990
Computer Resources Development Committee, Program for the Study of Cultural Values and
    Ethics, 1991-93
High Performance Computing Committee for the Social Sciences, 1989-95
Rural History Workshop Convener, 1989-94 (with Sonya Salamon)
Faculty Fellow, 1990-2003
Graduate College Fellowship Committee, 1988
Selection Committee for Lily Fellows, 1987
Social Studies Committee for the Preparation of Teachers, Council on Teacher Education, 1986
African American Studies and Research Program (AASRP), later Department of African
    American Studies, Advisory Council, 1982-86; Curriculum Development & Faculty
    Recruitment Committee, 2002-2003; Research and Course Competition Committee,
    1991-94, Chair 93-94; Electronic Networking Committee, 1996-2000, Chair 1997-98;
    Library Advisory Committee, 1997-2003
Chair, Search Committee for African-American Scholar, 1986-87
Search Committee, Director for AASRP, 1985-86, Chair 87-88
Graduate College Appeals Committee, 1984
Chancellor's Allerton Conference, 1988; Chancellor's Beckman Conference, 2001-06;
    Chancellor's Conference on Diversity, 2002, faculty facilitator
Combating Discrimination and Prejudice Workshop, 1988
Krannert Art Museum, Committee on The Black Woman as Artist, 1992
H. W. Wilson Faculty Panel, 1993
Advanced Information and Technology Committee, 1992-97, Advisory Committee, 1993-94
Honors Symposium for UI recruitment of High School Seniors, 1993
Search Committee for Archivist, UIUC Computing and Communications Service Office, 1993
Search Committee for Research Librarian, UIUC Library, 1997; Undergraduate Library
    Advisory Committee, 2002-
Member Human Dimensions of Environmental Systems Group, 1997-

Burton, page 24

Faculty Learning Circle for 2003-04
Illini Days Speaker, 1999, 2000, 2002
Public Interest Fund of Illinois Representative, 1996- 08
Facilitator for Interinstitutional Faculty Summer Institute on Learning Technologies, UIUC,
    2000, 2002
Board Advisors, Collaborative for Cultural Heritage and Museum Practices (CHAMP), 2005-08
Faculty Mentor for Campus Honors Program, 1980-2008


*Service - College of Liberal Arts and Science UI*:
Lecturer at Pedagogy 2000:  Teaching, Learning and Technology, Annual UIUC Retreat on
    Active Learning (2000)
Keynote Address at LAS Awards Banquet, 2000 and Keynote at UIUC Campus Awards
    Banquet, 2000
Dean's Committee to Evaluate Chair of History Department (1 of 3 elected by History
    Department), 1996
Oversight Committee Computing for the Social Sciences, 1993-95
Committee to select nominees for election to College Executive Committee, 1992
Academic Standards Committee, 1983-85, Chair 1984-85
School of Humanities Scholarship and Honors, 1986-88, Chair 1987-88
Social Sciences and Humanities Respondent to the Joint Task Force on Admission Requirements
    and Learning Outcomes, 1988
Advisory Committee, Social Sciences Quantitative Laboratory, 1987-88, 1989-93
Alumni Association Annual Speaker, 1990
General Education Committee, 1990-91
Awards Committee, Chair, 1991-92
Race & Ethnicity, Class & Community Area Committee of Sociology Graduate Program, 1993-
LAS Alumni Association Speaker, 2000
Cohn Scholars Honors Mentoring Program (choosing the 10-14 best Humanities first-year
    students), 1986-88, 1989-90, 1992-93, 1995-96, 1998-99, 2002
Faculty Mentor, Committee of Institutional Cooperation Summer Research Opportunities
    Program for Minority Students, 1987, 1991-95, 1997-2000, 2002, 2003
Faculty Mentor, McNair Minority Scholars, 1993-94, 1996-97
Summer Orientation and Advance Enrollment Program, Faculty Leader, 1991-93, 2000, 2002,
    2004
Gender Inclusivity Seminar, 1992
The African-American Experience:  A Framework for Integrating American History:  An
    Institute for High School Teachers of History, instructor 1992, 1994
Faculty Advisor for UIUC Law School Humanities Teaching Program, 1998-99
Senior Faculty Mentor, LAS Teaching Academy, 1999-2008


*Service - Department of History UI*:
Lincoln Bicentennial Committee, Chair, 2005-06, co-Chair 2006-08
Department Distance Learning and Global Campus committee, 2007-08
Carnegie Initiative on the Doctorate, 2003-05
Ethical Conduct Liaison, 2004-05
Phi Alpha Theta Faculty Advisor, 2005-06
Graduate Placement Officer, 1990, 1991-94, 1997-99
Graduate Admissions Officer, 1990-91

Burton, page 25

Graduate Committee, 1990-93
Organizer of OAH Breakfast Meeting, 1989-90, 1993-94
Computer Resources, 1976-88, 1989-91, 1995-99, Chair 1976-85, 1997-99
Teaching Awards, 1986-88, 1992-93, 1997-98, 1999-2000, Chair, 1987-88, 1997-98, 1999-2000
T.A. Evaluation, 1975-76, 1978-82, 1984-88, 1990-91, 1995, 1998-99, 2002, 2005-06
Speakers and Colloquia, 1981-82
Grants and Funding, 1981-82
Capricious Grading, 1985-86, 2002-03
Social Science History Committee, 1980
Advisor, History Undergraduate Club, 1976-78
Swain Publication Prize Essay Committee, 1991
Proposal-Writing Workshop, 1991-92, 2002
Teaching Workshop, 1993
Chair Library Committee, 1996-97
Faculty Advisor for Phi Alpha Theta, 2005-06
American History Search Committee, 1991-92
Chair, American History Search Committee, 1993-94
James G. Randall Distinguished Chair Search Committee, 1999-2000

*Service Coastal Carolina University*:
    Search committee for Archaeologist, 2008-09
    Selection Committee for Clark Chair of History, 2010
    Third Year Assistant Professor Faculty Review Committee, 2010

*Service Clemson University*:
    Provost's Research Strategy Committee, 2014-16
    Pan-African Advisory Committee, 2014-
    History Department Civil War Sesquicentennial Committee
    History Department Digital MA committee
    GIS Steering Committee, 2012-
    Clemson University Computational Advisory Team (CU-CAT)
    University Academic Technology Committee, 2010-
    Ex-officio Steering Committee, Clemson CyberInstitute
    University Committee to commemorate the 50th Anniversary of the Integration of
        Clemson, 2011-13
    Outstanding Staff Employee Award, Academic Affairs Selection Committee, 2011
    University Morrill Act Anniversary Celebration, 2011-13
    Ben Robertson Society (BRS) Foundation Advisory Board, 2013-
    Chair, Clemson University Humanities Grid committee, 2012-14
    Chair, CAAH Digital Humanities Computing committee, 2013-
    CAAH, Digital Humanities Ph.D. taskforce, 2014-
    CAAH taskforce on undergraduate "Creativity Certificate"
    History Department committee to review university signage of historical significance

A more complete list of Service and Public Engagement is available upon request.

Conferences Organized (selected list):
In 1978, I (with Robert C. McMath, Jr.) organized and chaired a National Endowment for the
Humanities Conference on Southern Communities at the Newberry Library.  In 1993, I

organized, hosted, and chaired the annual meeting of the Conference on Computing for the Social Sciences at the National Center for Supercomputing Applications.  In 1999, I organized and hosted the 12th Annual Meeting of the Southern Intellectual History Circle (SIHC) in Edgefield and Ninety Six, S.C, and again hosted SIHC for its 16th Annual meeting in 2004 at the College of Charleston.  In 2001, I organized a workshop and conference on diversity and racism in the classroom with Carnegie Scholars at The Citadel in Charleston, S.C.  In 2001, I organized a South Carolina Humanities Council Edgefield Summit History Conference.  In January 2003, I organized a Workshop on Diversity and Racism and a Conference on the Scholarship of Teaching and Learning, both at the University of Illinois.  In March 2003 I organized The Citadel Conference on the South: "The Citadel Symposium on the Civil Rights Movement in South Carolina." I organized the Humanities, Arts, Science, and Technology Advanced Collaboratory (HASTAC) meeting in January 2004 in Washington, D.C.  I organized and hosted a Humanities Computing Summit in August 2004 at NCSA and UIUC.  In 2005, I planned and hosted the British American Nineteenth Century History (BrANCH) Conference in Edgefield, South Carolina and a symposium honoring Jim McPherson's retirement in April 2005 in Princeton.  As program chair I helped organize the Southern Historical Annual meeting in Atlanta in November 2005.  In 2011, I organized a conference in honor of Charles Joyner, *Writing the South in Fact, Fiction, and Poetry*, at Coastal Carolina University.  In 2013, I organized a conference honoring F. Sheldon Hackney at Martha's Vineyard.  As Director of I-CHASS, I regularly organized conferences and workshops, at least two major conferences a year such as "Computing in Humanities, Arts, and Social Sciences" (2005), "Spatial Thinking in the Social Sciences and Humanities" (2006), and the "e-Science for Arts and Humanities Research: Early Adopters Forum" (2007).  In 2007 we hosted the annual international meeting of The Alliance of Digital Humanities Organizations including The Association for Computers and the Humanities.  As Director of the Clemson CyberInstitute, I regularly organize workshops, brownbags, conferences, and meetings.  And as Executive Director of the College of Charleston Atlantic World and Lowcountry (CLAW) Program, I regularly work with others to organize conferences and meetings.


Reviews:

I have reviewed books for numerous journals and book manuscripts for numerous presses.  In addition, I have refereed article manuscripts for numerous journals.  I have also reviewed proposals for various granting agencies.  I have also reviewed and written outside letters of recommendation for promotion, tenure, and endowed chair decisions for more than ninety cases at various colleges and universities.  Lists of these reviews, presses, journals, universities, and granting agencies are available upon request.

Invited lectures and conference participation available upon request.  From 2010, selected invited lectures include those at Harvard University, University of Pennsylvania, Congressional Briefing on the Voting Rights Act (2015), Black Congressional Caucus on Lincoln (2009), Printers Row Book Fair, Society of Civil War Historians, Society of Historians of Early America, Abraham Lincoln Bicentennial Commission (ALBC), Atlanta Town Hall meeting on Race at Morehouse College and at Jimmy Carter Presidential Library Center, the Crown Forum Martin Luther King, Jr. lecture at Morehouse College, Western Illinois University, Drake University, University of Illinois Law School, Union League Club of Chicago, Association of Archivists and Librarians, CASC, University of Georgia, Lawrence University, Wisconsin Lincoln Bicentennial, University of Wisconsin at Milwaukee, University of Wisconsin at Madison, University of Wisconsin at Eau Claire, University of Kansas, Samford University, Talladega University, ALBC Morrill Act Conference, Arkansas State University, San Francisco State University, Lewis University, Notre

Burton, page 27

Dame, University of Oklahoma, University of Florida, University of Southern Florida, Florida State University, University of South Carolina, South Carolina State University, North Greenville University, Anderson University, Augusta State University, Auburn University, Mercer University, American Historical Association, Organization of American Historians, Southern Historical Association, Agricultural History Society, Wheaton College, University of Illinois, Florida Atlantic University, Lincoln College, Claflin University, Francis Marion University, Policy Studies Association, Southern Studies Association Meeting (regional affiliate of American Studies Association), Association for the Study of African American Life and History (ASALH), Penn Center, Coastal Carolina University, Virginia Polytechnic Institute and State University (Virginia Tech), South Carolina Historical Society, South Carolina Department of Archives and History Civil War Symposium, Supercomputing11 (Seattle), History Miami, William Patterson University, USC Upstate, University of Hawaii, University of North Carolina at Charlotte, University of North Carolina at Chapel Hill, The Lincoln Forum, Abraham Lincoln Presidential Library and Museum, Furman University, Berry College, High Noon series at S.C. Upstate Museum, Erskine College, Mississippi State University, Cambridge University, Edinburg University of London Oxford University.


Samples of recognition given to me or my work:

*The Chronicle of Higher Education*, Vol. L: 2 (September 5, 2003), cover page, A37-38.  On-line at http://chronicle.com/prm/weekly/v50/i02/02a03701.htm

C. Vann Woodward, "District of Devils," *New York Review of Books*, xxxii #15: 30-31

*Chicago Tribune*, October 13, 2007, cover of the Book Review Section, "Orville Vernon Burton's Heartland Prize-winning The Age of Lincoln."  Catherine Clinton, "Lincoln and His Complex Times," pp. 4-5.

Featured as example of "Faculty Excellence" on UIUC Homepage: http://www.uiuc.edu/overview/explore/

Call out in Sonia Sotomayor, *My Beloved World* (NY: Alfred A. Knopf, 2013), p. 132, and her Commencement Address at the University of South Carolina, 2011 (on C-Span) and "Supreme Court Justice Sonia Sotomayor uses vivid examples from two key figures in her life—her mother and South Carolina native and historian Vernon Burton"; Wayne Washington, "You Learn Values from Your Family, Supreme Court Justice Tells Grads," *The Columbia State*, May 9, 2011; http://www.thestate.com/2011/05/07/1808978/sotomayor-parents-are-key.html#storylink=misearch#ixzz1NljBBgHA and http://dailygamecock.com/news/item/1422-sonya-sotomayor-delivers-personal-inspiring-message-at-university-of-south-carolina-graduation

https://www.youtube.com/watch?v=zq1LAQmHh0I (4 April 1992 on history and high performance computing)

*The South Carolina Encyclopedia Guide to South Carolina Writers*. Edited by Tom Mack (Columbia:  University of South Carolina Press, 2014, ) pp. 33-35 (SC Humanities)

In last three years, numerous international, national and local television, radio interviewed me (especially in the last year about the murders at Mother Emanuel in Charleston and the removal of the Confederate battle flag from the statehouse grounds).  A number of interviews about the Voting Rights Act  (NPR—for example, June 27, 2013, "On Point" discussing the Supreme Court Ruling on Voting Rights Act, Sections 4 and 5-- http://onpoint.wbur.org/2013/06/27/scotus-voting-rights; and http://wbur.fm/138DolQ -- and commercial), and other media interviews and programs, including several C-SPAN Book TV (for example, "President Lincoln and Secession," http://www.c-spanvideo.org/program/293631-3) and a two-hour Clemson University lecture on

Burton, page 28

Southern Identity at "Lectures in History," http://www.c-span.org/History/ – downloaded 492,791 times in 2012.  Numerous appearances on SC ETV for documentaries (more complete list available upon request).