```
            IN THE UNITED STATES DISTRICT COURT
          FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                       NORTHERN DIVISION
```

**INDIGO WILLIAMS, on Behalf of her**
**Minor Child J.E.; ET AL.**                              **PLAINTIFFS**


**VS.**                        **CIVIL ACTION NO. 3:17-cv-404-WHB-LRA**


**PHIL BRYANT, in his Official Capacity as**
**Governor of Mississippi, ET AL.**                       **DEFENDANTS**


## FINAL JUDGMENT

In accordance with the Opinion and Order by which the Motion of Defendants was granted, this case is hereby dismissed with prejudice.

SO ORDERED this the 28th day of March, 2018.


                                   s/ William H. Barbour, Jr.
                                   UNITED STATES DISTRICT JUDGE