## IN THE UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**INDIGO WILLIAMS, ET AL.**                                              **PLAINTIFFS**

**V.**                                                    **CAUSE NO. 3:17cv404-WHB-LRA**

**PHIL BRYANT, ET AL.**                                                  **DEFENDANTS**

### NOTICE OF APPEARANCE

Christine Bischoff, of the Southern Poverty Law Center, hereby enters her appearance as additional counsel for Plaintiffs in the above action.

Dated this 10th day of April, 2018.

                                                           s/Christine Bischoff
                                                           Christine Bischoff, MS Bar # 105457
                                                           Southern Poverty Law Center
                                                           111 E. Capitol Street, Suite 280
                                                           Jackson, MS 39201
                                                           Phone: 601-948-8882
                                                           Fax: 601-948-8885
                                                           christine.bischoff@splcenter.org

                                                           Attorney for Plaintiffs

## **CERTIFICATE OF SERVICE**

I, Christine Bischoff, hereby certify that a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by email to all parties by the Court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

This 10th day of April, 2018.

s/Christine Bischoff
Christine Bischoff
