# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**INDIGO WILLIAMS,** *ET AL.*                                                               **PLAINTIFFS**

**V.**                                          **CAUSE NO. 3:17-cv-404-WHB-LRA**

**PHIL BRYANT,** *ET AL.*                                                           **DEFENDANTS**

## UNOPPOSED MOTION FOR EXTENSION OF TIME

Come now the Plaintiffs in the above-styled matter, Indigo Williams, et al., to move the Court for an extension of time in which to respond to the Defendants' Response in Opposition to Plaintiffs' Motion to Alter or Amend the Judgment or, in the alternative, for Leave to File an Amended Complaint [Docket No. 36]. In support of this request, the Plaintiffs would show unto the Court as follows:

1.      The Plaintiffs filed a Motion to Alter or Amend the Judgment or, in the alternative, for Leave to File an Amended Complaint, and a Memorandum in support of this motion, on April 11, 2018.

2.      The Defendants filed a Response in Opposition to Plaintiffs' Motion to Alter or Amend the Judgment or, in the alternative, for Leave to File an Amended Complaint on April 25, 2018.

3.      Due to several of the Plaintiffs' attorneys being out of the office, undersigned counsel requested that the Defendants agree to a 7-day extension of time to file a Reply to the Defendants' Response. This would change the deadline for the Plaintiffs' Reply to May 9, 2018.

4.      Counsel for the Defendants has agreed to the request.

5. This request is made for good cause and is not made for purposes of harassment, delay, or any other reason grounded in bad faith.

6. The Plaintiffs therefore pray that the Court will extend their time for replying to the Defendants' Response to May 9, 2018.

7. Additionally, given the straightforward nature of this request, the Plaintiffs pray that the Court will waive the local rules' memorandum requirement.

RESPECTFULLY SUBMITTED this 26th day of April 2018.

s/Christine Bischoff
Christine Bischoff, MS Bar # 105457
Counsel for the Plaintiffs

**OF COUNSEL:**
William B. Bardwell (Miss. Bar No. 102910)
Jody E. Owens, II (Miss. Bar No. 102333)
Christine Bischoff, (MS Bar # 105457)
Southern Poverty Law Center
111 E. Capitol Street, Suite 280
Jackson, Mississippi 39201
Phone:         (601) 948-8882
Facsimile:     (601) 948-8885
E-mail: will.bardwell@splcenter.org
E-mail: jody.owens@splcenter.org
E-mail: christine.bishoff@splcenter.org

Rita L. Bender (*pro hac vice*)
William J. Bender (*pro hac vice*)
Skellenger Bender, P.S.
Rainier Tower
1301 Fifth Avenue, Suite 3401
Seattle, Washington  98101
Telephone:     (206) 623-6501
Facsimile:     (206) 447-1973
E-mail: wbender@skellengerbender.com
E-mail: rbender@skellengerbender.com

Anton Metlitsky (*pro hac vice*)
Brad Elias (*pro hac vice*)
O'Melveny & Myers LLP
Times Square Tower, 33rd Floor
7 Times Square
New York, New York  10036
Telephone:     (212) 326-2000
Facsimile:     (212) 326-2061
E-mail: ametlitsky@omm.com
E-mail: belias@omm.com

. . .

## **CERTIFICATE OF SERVICE**

I, Christine Bischoff, hereby certify that, simultaneous with this Motion's filing, I have served true and correct copies of the same on all counsel of record via the Court's electronic filing system.

SO CERTIFIED this 26th day of April 2018.

s/Christine Bischoff
Christine Bischoff, MS Bar # 105457
Counsel for the Plaintiffs
