```
              IN THE UNITED STATES DISTRICT COURT
           FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
                        NORTHERN DIVISION
```

**INDIGO WILLIAMS, on Behalf of her**
**Minor Child J.E.; ET AL.**                               **PLAINTIFFS**


**VS.**                            **CIVIL ACTION NO. 3:17-cv-404-WHB-LRA**


**PHIL BRYANT, in his Official Capacity as**
**Governor of Mississippi, ET AL.**                        **DEFENDANTS**


## AMENDED FINAL JUDGMENT

In accordance with the Opinion and Order by which the Motion of Defendants to Dismiss was granted, this case is hereby dismissed without prejudice.

SO ORDERED this the 4th day of January, 2019.


                                    s/ William H. Barbour, Jr.
                                    UNITED STATES DISTRICT JUDGE