

IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

| | |
|---|---|
| **INDIGO WILLIAMS, ON BEHALF OF HER MINOR CHILD J.E., *ET AL.*** | **PLAINTIFFS** |
| V. | CAUSE NO. 3:17-CV-404-WHB-LRA |
| **PHIL BRYANT, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI, *ET AL.*** | **DEFENDANTS** |

## NOTICE OF APPEAL

The Plaintiffs in the above-styled matter – Indigo Williams, on behalf of her minor child J.E.; Dorothy Haymer, on behalf of her minor child D.S.; Precious Hughes, on behalf of her minor child A.H.; and Sarde Graham, on behalf of her minor child S.T. – hereby jointly notice their appeal to the United States Court of Appeals for the Fifth Circuit from the Amended Final Judgment [Docket No. 40] entered on January 4, 2019. The appeal is taken against all Defendants:

- Phil Bryant, in his official capacity as Governor of Mississippi;
- Philip Gunn, in his official capacity as Speaker of the Mississippi House of Representatives;
- Tate Reeves, in his official capacity as Lieutenant Governor of Mississippi;
- Delbert Hosemann, in his official capacity as Secretary of State of Mississippi;
- Carey Wright, in her official capacities as State Superintendent of Education and Executive Secretary of the Mississippi State Board of Education;
- Jason Dean, in his official capacity as Chair of the Mississippi State Board of Education; and

- Buddy Bailey, Rosemary Aultman, Karen Elam, Johnny Franklin, John R. Kelly, Charles McClelland, Brittney Rye, and Sean Suggs, all in their official capacities as Members of the Mississippi State Board of Education.

RESPECTFULLY SUBMITTED this Twenty-Fifth day of January 2019.

*Will Bardwell*
Will Bardwell
Counsel for the Plaintiffs

**OF COUNSEL:**
William B. Bardwell (Miss. Bar No. 102910)
Christine Bischoff (Miss. Bar No. 105457)
Jody E. Owens, II (Miss. Bar No. 102333)
Southern Poverty Law Center
111 E. Capitol Street, Suite 280
Jackson, Mississippi  39201
Phone:          (601) 948-8882
Facsimile:    (601) 948-8885
E-mail:         will.bardwell@splcenter.org
E-mail:         christine.bischoff@splcenter.org
E-mail:         jody.owens@splcenter.org

William J. Bender (*pro hac vice*)
Rita L. Bender (*pro hac vice*)
Skellenger Bender, P.S.
Rainier Tower
1301 Fifth Avenue, Suite 3401
Seattle, Washington  98101
Telephone:   (206) 623-6501
Facsimile:    (206) 447-1973
E-mail:         wbender@skellengerbender.com
E-mail:         rbender@skellengerbender.com

Anton Metlitsky (*pro hac vice*)
Brad Elias (*pro hac vice*)
Jason Zarrow (*pro hac vice*)
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York  10036
Telephone:   (212) 326-2000
Facsimile:    (212) 326-2061

E-mail:     ametlitsky@omm.com
E-mail:     belias@omm.com
E-mail:     jzarrow@omm.com

---

## CERTIFICATE OF SERVICE

I, Will Bardwell, hereby certify that, contemporaneous with its filing, true and correct copies of the foregoing *Notice of Appeal* were served on all counsel of record via the Court's electronic filing system.

SO CERTIFIED this Twenty-Fifth day of January 2019.

                                                  /s/ Will Bardwell
                                                  Will Bardwell
                                                  Counsel for the Plaintiffs