IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**INDIGO WILLIAMS, ON BEHALF OF**  **PLAINTIFFS**
**HER MINOR CHILD J.E.,** *ET AL.*

**V.**  **CAUSE NO. 3:17-CV-404-WHB-LRA**

**PHIL BRYANT, IN HIS OFFICIAL**
**CAPACITY AS GOVERNOR OF**  **DEFENDANTS**
**MISSISSIPPI,** *ET AL.*

### CERTIFICATE DECLINING TO ORDER TRANSCRIPT

Pursuant to Rule 10(b)(1)(B) of the Federal Rules of Appellate Procedure, Plaintiffs' counsel hereby certifies that no transcript of any proceedings in the above-styled matter will be ordered.

RESPECTFULLY SUBMITTED this 5th day of February 2019.

/s/ Will Bardwell
Will Bardwell
Counsel for the Plaintiffs

**OF COUNSEL:**
William B. Bardwell (Miss. Bar No. 102910)
Christine Bischoff (Miss. Bar No. 105457)
Jody E. Owens, II (Miss. Bar No. 102333)
Southern Poverty Law Center
111 E. Capitol Street, Suite 280
Jackson, Mississippi 39201
Phone:  (601) 948-8882
Facsimile:  (601) 948-8885
E-mail:  will.bardwell@splcenter.org
E-mail:  christine.bischoff@splcenter.org
E-mail:  jody.owens@splcenter.org

William J. Bender (*pro hac vice*)
Rita L. Bender (*pro hac vice*)
Skellenger Bender, P.S.

1

Rainier Tower
1301 Fifth Avenue, Suite 3401
Seattle, Washington 98101
Telephone:	(206) 623-6501
Facsimile:	(206) 447-1973
E-mail:	wbender@skellengerbender.com
E-mail:	rbender@skellengerbender.com

Anton Metlitsky (*pro hac vice*)
Brad Elias (*pro hac vice*)
Jason Zarrow (*pro hac vice*)
O'Melveny & Myers LLP
Times Square Tower
7 Times Square
New York, New York 10036
Telephone:	(212) 326-2000
Facsimile:	(212) 326-2061
E-mail:	ametlitsky@omm.com
E-mail:	belias@omm.com
E-mail:	jzarrow@omm.com

## CERTIFICATE OF SERVICE

I, Will Bardwell, hereby certify that, contemporaneous with its filing, true and correct copies of the foregoing certificate were served on all counsel of record via the Court's electronic filing system.

SO CERTIFIED this 5th day of February 2019.

/s/ Will Bardwell
Will Bardwell
Counsel for the Plaintiffs