# United States Court of Appeals
**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

TEL. 504-310-7700
600 S. MAESTRI PLACE,
Suite 115
NEW ORLEANS, LA 70130

April 29, 2019

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

No. 19-60069     Indigo Williams, et al v. Phil Bryant, et al
                 USDC No. 3:17-CV-404

The court has granted an extension of time to and including May 24, 2019 for filing a reply brief in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

Mr. William B. Bardwell
Ms. Rita Bender
Mr. William Bender
Ms. Christine Bischoff
Mr. Arthur S. Johnston III
Mr. Anton Metlitsky
Ms. Krissy C. Nobile
Mr. Jody E. Owens II
Mr. Jason Zarrow