# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

November 12, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

    No. 19-60069    Indigo Williams, et al v. Tate Reeves, et al
                        USDC No. 3:17-CV-404

The court has granted the motion of Kristi H. Johnson to withdraw as counsel in this case.

Sincerely,

LYLE W. CAYCE, Clerk

By: _____
Majella A. Sutton, Deputy Clerk
504-310-7680

Mr. William B. Bardwell
Ms. Rita Bender
Mr. William Bender
Ms. Christine Bischoff
Mr. Brad Elias
Mr. Kyle Douglas Hawkins
Mr. Arthur S. Johnston III
Mr. Anton Metlitsky
Ms. Krissy C. Nobile
Mr. Jason Zarrow