# United States Court of Appeals

**FIFTH CIRCUIT**
**OFFICE OF THE CLERK**

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
**Suite 115**
**NEW ORLEANS, LA 70130**

December 07, 2020

MEMORANDUM TO COUNSEL OR PARTIES LISTED BELOW:

   No. 19-60069   Indigo Williams, et al v. Tate Reeves, et al
                 USDC No. 3:17-CV-404

Enclosed is an order entered in this case.

                          Sincerely,

                          LYLE W. CAYCE, Clerk

                          By: _____
                          Majella A. Sutton, Deputy Clerk
                          504-310-7680

Mr. William B. Bardwell
Ms. Rita Bender
Mr. William Bender
Ms. Christine Bischoff
Mr. Brad Elias
Mr. Kyle Douglas Hawkins
Mr. Arthur S. Johnston III
Mr. Anton Metlitsky
Ms. Krissy C. Nobile
Mr. Jason Zarrow