# United States Court of Appeals
# for the Fifth Circuit

---

No. 19-60069

---

INDIGO WILLIAMS, *on behalf of* HER MINOR CHILD J.E.;
DOROTHY HAYMER, *on behalf of* HER MINOR CHILD, D.S.;
PRECIOUS HUGHES, *on behalf of* HER MINOR CHILD, A.H.;
SARDE GRAHAM, *on behalf of* HER MINOR CHILD, S.T.,

*Plaintiffs—Appellants*,

*versus*

TATE REEVES, IN HIS OFFICIAL CAPACITY AS GOVERNOR OF MISSISSIPPI; PHILIP GUNN, IN HIS OFFICIAL CAPACITY AS SPEAKER OF THE MISSISSIPPI HOUSE OF REPRESENTATIVES; TATE REEVES, IN HIS OFFICIAL CAPACITY AS LIEUTENANT GOVERNOR OF MISSISSIPPI; DELBERT HOSEMANN, IN HIS OFFICIAL CAPACITY AS SECRETARY OF STATE OF MISSISSIPPI; CAREY M. WRIGHT, IN HER OFFICIAL CAPACITY AS STATE SUPERINTENDENT OF EDUCATION AND EXECUTIVE SECRETARY OF MS STATE BOARD OF EDUCATION; ROSEMARY AULTMAN, IN HER OFFICIAL CAPACITY AS CHAIR OF THE MISSISSIPPI STATE BOARD OF EDUCATION; JASON DEAN, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE MISSISSIPPI STATE BOARD OF EDUCATION; BUDDY BAILEY, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE MISSISSIPPI STATE BOARD OF EDUCATION; KAMI BUMGARNER, IN HER OFFICIAL CAPACITY AS MEMBER OF THE MISSISSIPPI STATE BOARD OF EDUCATION; KAREN ELAM, IN HER OFFICIAL CAPACITY AS MEMBER OF THE MISSISSIPPI STATE BOARD OF EDUCATION; JOHNNY FRANKLIN, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE MISSISSIPPI STATE BOARD OF EDUCATION; WILLIAM HAROLD JONES, IN HIS OFFICIAL CAPACITY AS MEMBER OF

THE MISSISSIPPI STATE BOARD OF EDUCATION; JOHN KELLY, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE MISSISSIPPI STATE BOARD OF EDUCATION; CHARLES MCCLELLAND, IN HIS OFFICIAL CAPACITY AS MEMBER OF THE MISSISSIPPI STATE BOARD OF EDUCATION,

                *Defendants—Appellees.*

_____

Appeal from the United States District Court
for the Southern District of Mississippi
USDC No. 3:17-CV-404

_____

ORDER:

( ) The motion of appellees for a further stay of issuance of the mandate is GRANTED to and including _____ , under the same conditions as set forth in the preceding order of this court.

(X) The motion of appellees for a further stay of issuance of the mandate is DENIED.

               /s/ Stephen A. Higginson
               STEPHEN A. HIGGINSON
               *United States Circuit Judge*