# United States Court of Appeals
**FIFTH CIRCUIT**
OFFICE OF THE CLERK

**LYLE W. CAYCE**
**CLERK**

**TEL. 504-310-7700**
**600 S. MAESTRI PLACE,**
Suite 115
**NEW ORLEANS, LA 70130**

January 06, 2021

Mr. Arthur S. Johnston III
Southern District of Mississippi, Jackson
United States District Court
501 E. Court Street
Suite 2.500
Jackson, MS 39201

    No. 19-60069   Williams v. Reeves
                         USDC No. 3:17-CV-404

Dear Mr. Johnston,

Enclosed is a copy of the judgment issued as the mandate and a copy of the court's opinion.

                                Sincerely,

                                LYLE W. CAYCE, Clerk

                                By: _____
                                Connie Brown, Deputy Clerk
                                504-310-7671

cc:
    Mr. William B. Bardwell
    Ms. Rita Bender
    Mr. William Bender
    Ms. Christine Bischoff
    Mr. Brad Elias
    Mr. Kyle Douglas Hawkins
    Mr. Anton Metlitsky
    Ms. Krissy C. Nobile
    Mr. Jason Zarrow