IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
Northern Division



## ORDER TO REASSIGN CASES

PURSUANT TO Section IV of Internal Rule 1, as amended, with respect to any closed civil or criminal case previously assigned to Senior United States District Judge William H. Barbour, Jr. which is sought to be reopened, the Clerk of Court is directed to return such case to the appropriate divisional case assignment deck for random reassignment in accordance with Sections I A and II A of Internal Rule 1.

SO ORDERED this the 2nd day of January, 2019.

DANIEL P. JORDAN III
CHIEF U. S. DISTRICT JUDGE