UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

INDIGO WILLIAMS, on behalf of her minor child;            PLAINTIFFS
ET AL.

V.            CIVIL ACTION NO. 3:17-CV-404-KHJ-LGI

TATE REEVES, in his official capacity as Governor of            DEFENDANTS
Mississippi; ET AL.

ORDER OF RECUSAL

This action is before the Court, *sua sponte*, for purposes of recusal pursuant to 28 U.S.C. § 455. It is appropriate under the standards set forth in that statute that the undersigned recuse herself from all further proceedings in this case.

SO ORDERED AND ADJUDGED this the 12th day of January, 2021.

*Kristi H. Johnson*
UNITED STATES DISTRICT JUDGE