(ORDER LIST: 593 U.S.)

THURSDAY, APRIL 8, 2021

ORDER IN PENDING CASE

20A126     REEVES, GOV. OF MS, ET AL. V. WILLIAMS, INDIGO, ET AL.

The application to recall and stay the mandate of the United States Court of Appeals for the Fifth Circuit, presented to Justice Alito and by him referred to the Court, is denied without prejudice to a renewed application after the remaining grounds for dismissal currently on remand to the district court have been fully resolved.