IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

INDIGO WILLIAMS, on behalf of her minor child J.E., et al.        PLAINTIFFS

v.        CIVIL ACTION NO: 3:17-cv-404-HTW-LGI

GOVERNOR PHIL BRYANT et al.        DEFENDANTS

ENTRY OF APPEARANCE

Please take notice that Douglas T. Miracle, Assistant Attorney General for the State of Mississippi, hereby files his Entry of Appearance as counsel of record for Defendants Governor Phil Bryant, in official capacity as Governor of the State of Mississippi; Speaker of the Mississippi House of Representatives Phillip Gunn, in his official capacity; Lieutenant Gov. Tate Reeves, in his official capacity; Secretary of State Delbert Hosemann, in his official capacity; State Superintendent of Education Carey Wright, in her official capacity; Chair of the Mississippi State Board of Education Rosemary Aultman, in her official capacity; Mississippi State Board of Education Member Jason Dean, in his official capacity; Mississippi State Board of Education Member Buddy Bailey, in his official capacity; Mississippi State Board of Education Member Kami Bumgarner, in her official capacity; Mississippi State Board of Education Member Karen Elam, in her official capacity; Mississippi State Board of Education Member Johnny Franklin, in his official capacity; Mississippi State Board of Education Member Williams Harold Jones, in his official capacity; Mississippi State Board of Education Member John Kelly, in his official capacity; and Mississippi State Board of Education Member Charles McClelland, in his official capacity (collectively,

"State Defendants").

The undersigned requests that his name be placed on the service matrix and that all motions, notices and pleadings in this matter be served upon him as counsel for the named defendants.

This the 20th day of April, 2021.

    BY:    LYNN FITCH, ATTORNEY GENERAL FOR THE STATE OF MISSISSIPPI

    BY:    /s/ Douglas T. Miracle
    DOUGLAS T. MIRACLE, MSB # 9648
    SPECIAL ASSISTANT ATTORNEY GENERAL
    STATE OF MISSISSIPPI
    OFFICE OF THE ATTORNEY GENERAL
    Post Office Box 220
    Jackson, MS 39205
    Telephone: (601) 359-5654
    Facsimile: (601) 359-2003
    doug.miracle@ago.ms.gov

Counsel for State Defendants Gov. Phil Bryant, Speaker of the Mississippi House of Representatives Phillip Gunn, Lieutenant Gov. Tate Reeves, Secretary of State Delbert Hosemann, State Superintendent of Education Carey Wright, Chair of the Mississippi State Board of Education Rosemary Aultman, Mississippi State Board of Education Member Jason Dean, Mississippi State Board of Education Member Buddy Bailey, Mississippi State Board of Education Member Kami Bumgarner, Mississippi State Board of Education Member Karen Elam, Mississippi State Board of Education Member Johnny Franklin, Mississippi State Board of Education Member Williams Harold Jones, Mississippi State Board of Education Member John Kelly, and Mississippi State Board of Education Member Charles McClelland.

## CERTIFICATE OF SERVICE

I, Douglas T. Miracle, Assistant Attorney General for the State of Mississippi, do hereby certify that on this date I electronically filed the foregoing with the Clerk of this Court using the ECF system sending a copy to counsel of record.

This the 20th day of April, 2021.

/s/ Douglas T. Miracle
Douglas T. Miracle