# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**INDIGO WILLIAMS, on behalf of her minor child J.E., et al.**                **PLAINTIFFS**

**VS.**                                                **Civil Action No. 3:17-cv-00404-HTW-LGI**

**GOVERNOR TATE REEVES, et al.**                             **DEFENDANTS**

## ENTRY OF APPEARANCE

COMES NOW Rex M. Shannon III of the Mississippi Attorney General's Office and hereby enters his appearance in the above-styled and numbered cause as one of the attorneys of record for Defendants Tate Reeves, in his official capacity as Governor of Mississippi; Philip Gunn, in his official capacity as Speaker of the Mississippi House of Representatives; Delbert Hosemann, in his official capacity as Lieutenant Governor of Mississippi; Michael Watson, in his official capacity as Secretary of State of Mississippi; Carey M. Wright, in her official capacity as State Superintendent of Education and Executive Secretary of the Mississippi State Board of Education; Rosemary Aultman, in her official capacity as Chair of the Mississippi State Board of Education; and the named Members, in their official capacities, of the Mississippi State Board of Education (hereinafter collectively "State Defendants" or "the State Defendants").

THIS the 20th day of April, 2021.

                                                Respectfully submitted,

                                                By:    LYNN FITCH, ATTORNEY GENERAL
                                                                    STATE OF MISSISSIPPI

                                                By:    <u>s/Rex M. Shannon III</u>
                                                                    REX M. SHANNON III (MSB #102974)
                                                                    Special Assistant Attorney General

OFFICE OF THE ATTORNEY GENERAL
CIVIL LITIGATION DIVISION
Post Office Box 220
Jackson, Mississippi  39205-0220
Tel.:  (601) 359-4184
Fax:  (601) 359-2003
rex.shannon@ago.ms.gov

ATTORNEYS FOR STATE DEFENDANTS

**CERTIFICATE OF SERVICE**

    I, Rex M. Shannon III, Special Assistant Attorney General and one of the attorneys for the State Defendants, do hereby certify that I have this date caused to be filed with the Clerk of the Court a true and correct copy of the above and foregoing via the Court's ECF System, which sent notification of such filing to all counsel of record.

    THIS the 20th day of April, 2021.

                                                                 s/Rex M. Shannon III
                                                                  REX M. SHANNON III