## Fonda Hellen

| | |
|---|---|
| **From:** | Krissy Nobile |
| **Sent:** | Friday, April 16, 2021 10:02 AM |
| **To:** | jzarrow@omm.com; will.bardwell@splcenter.org; christine.bischoff@splcenter.org |
| **Cc:** | Justin Matheny; Doug Miracle; Scott Stewart |
| **Subject:** | Williams v. Reeves |

Jason:

It was nice to speak with you on Tuesday re *Williams v. Reeves*. We agree that the next step to moving forward in the district court is for plaintiffs to file an amended complaint. We cannot agree to plaintiffs' proposal that we simply file an "update" to the motion to dismiss that was filed nearly four years ago. Instead, after plaintiffs file an amended complaint, this case should proceed on a standard track, and we will file a responsive pleading to your amended complaint.

We are happy to jointly inform the Magistrate Judge that the next step is for plaintiffs to file an amended complaint.

Best,

Krissy

---

**Krissy C. Nobile**
Deputy Solicitor General
Mississippi Attorney General's Office
Direct: (601) 359-3824
Fax: (601) 359-2003
E-mail: krissy.nobile@ago.ms.gov





EXHIBIT D

1