IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

INDIGO WILLIAMS et al.                                                                         PLAINTIFFS

v.                                                          CIVIL ACTION NO. 3:17-cv-404-HTW-LGI

TATE REEVES, in his official capacity et al.                                          DEFENDANTS

---

MOTION OF ATTORNEY KRISSY C. NOBILE
TO WITHDRAW AS COUNSEL

---

Krissy C. Nobile of the Mississippi Attorney General's Office respectfully moves this Court to enter an Order granting her leave to withdraw as counsel of record for all of the Defendants in this action, including Tate Reeves, in his official capacity as Governor of the State of Mississippi; Philip Gunn, in his official capacity as Speaker of the Mississippi House of Representatives; Delbert Hosemann, in his official capacity as Lieutenant Governor of the State of Mississippi; Michael Watson, in his official capacity as Secretary of State of Mississippi; Carey Wright, in her official capacity as State Superintendent of Education and Executive Secretary of the Mississippi State Board of Education; and Rosemary Aultman, Jason Dean, Karen Elam, Angela Bass, Ronnie McGehee, and Glen East, in their official capacities as members of the Mississippi State Board of Education (collectively, the Defendants).[1]

As of April 30, 2021, Krissy C. Nobile will no longer be employed with the Mississippi Attorney General's Office. The Defendants will continue to be represented

---

[1] Under Federal Rule of Civil Procedure 25(d), a public officer's successor is automatically substituted as a party.

by Doug Miracle and Rex Shannon with the Mississippi Attorney General's Office. Thus, the change will not result in delay or other prejudice to any party or to the judicial administration of this action.

Dated: April 29, 2021.

                                      Respectfully submitted,

                                      LYNN FITCH
                                      Attorney General of Mississippi

BY:    /s/ *Krissy C. Nobile*
        Krissy C. Nobile, MSB # 103577
          *Deputy Solicitor General*
        Douglas T. Miracle, MSB # 9648
          *Assistant Attorney General*
        Rex M. Shannon III, MSB # 102974
          *Special Assistant Attorney General*
        STATE OF MISSISSIPPI
        OFFICE OF THE ATTORNEY GENERAL
        P.O. BOX 220
        Jackson, Mississippi 39205-002
        (601) 359-3680
        krissy.nobile@ago.ms.gov
        doug.miracle@ago.ms.gov
        rex.shannon@ago.ms.gov

        *Counsel for the Defendants*

## CERTIFICATE OF SERVICE

    I, Krissy C. Nobile, hereby certify that on April 29, 2021, I caused the foregoing pleading to be electronically filed with the Clerk of the Court using the CM/ECF system, which will send notification of such filing to all counsel of record and registered participants.

    Dated: April 29, 2021.

                                                          */s/ Krissy C. Nobile*
                                                          Krissy C. Nobile