**IN THE UNITED STATES DISTRICT COURT**
**FOR THE SOUTHERN DISTRICT OF MISSISSIPPI**
**NORTHERN DIVISION**

**INDIGO WILLIAMS, on behalf of her minor child J.E., et al.**                    **PLAINTIFFS**

**v.**                                            **CIVIL ACTION No.: 3:17-cv-00404-HTW-LGI**

**GOVERNOR TATE REEVES, et al.**                                            **DEFENDANTS**

## NOTICE AND ENTRY OF APPEARANCE

COMES NOW, Drew D. Guyton, Special Assistant Attorney General for the State of Mississippi, and files this, his Notice and Entry of Appearance as a counsel of record for Defendants Tate Reeves, in his official capacity as Governor of Mississippi; Philip Gunn, in his official capacity as Speaker of the Mississippi House of Representatives; Delbert Hosemann, in his official capacity as Lieutenant Governor of Mississippi; Michael Watson, in his official capacity as Secretary of State of Mississippi; Carey M. Wright, in her official capacity as State Superintendent of Education and Executive Secretary of the Mississippi State Board of Education; Rosemary Aultman, in her official capacity as Chair of the Mississippi State Board of Education; and the named Members, in their official capacities, of the Mississippi State Board of Education (hereinafter collectively "State Defendants" or "the State Defendants").

RESPECTFULLY SUBMITTED, this the 29th day of April, 2021.

**GOVERNOR TATE REEVES, ET AL.**

BY:   LYNN FITCH, ATTORNEY GENERAL
      FOR THE STATE OF MISSISSIPPI

BY:    <u>s/ Drew D. Guyton</u>
       DREW D. GUYTON, MS Bar No. 104451
       SPECIAL ASSISTANT ATTORNEY GENERAL
       OFFICE OF THE ATTORNEY GENERAL
       CIVIL LITIGATION DIVISION
       Telephone: (601) 359-4242
       Facsimile: (601) 359-2003
       drew.guyton@ago.ms.gov

## CERTIFICATE OF SERVICE

I, Drew D. Guyton, Special Assistant Attorney General for the State of Mississippi, do hereby certify that on this date I electronically filed the forgoing document with the Clerk of this Court using the Court's electronic filing system, which transmitted a copy to all counsel of record.

This the 29th day of April, 2021.

<u>s/ Drew D. Guyton</u>
Drew D. Guyton