## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**INDIGO WILLIAMS,** *et al.* **PLAINTIFFS**

**V.** **CAUSE NO. 3:17-CV-00404-HTW-LGI**

**TATE REEVES,** *et al.* **DEFENDANTS**

### MOTION TO WITHDRAW AS COUNSEL

The undersigned moves this Court to enter an Order permitting the withdrawal of Brad M. Elias as counsel of record for Plaintiffs in this action. In support of this motion, the undersigned would show as follows:

1. As of June 9, 2021, Brad M. Elias will no longer be affiliated with the law firm of O'Melveny and Myers LLP and will no longer be handling this case. O'Melveny & Myers LLP and the Southern Poverty Law Center and associated attorneys will continue to represent the Plaintiffs. The remaining Plaintiffs' counsel are extremely qualified, well-resourced, and well-equipped to represent the Plaintiffs. Therefore, Brad M. Elias's withdrawal will in no way prejudice the Plaintiffs.

**WHEREFORE**, the undersigned moves this Court to enter its order permitting the withdrawal of Brad M. Elias in the above captioned case.

Dated: June 8, 2021                     Respectfully submitted,

                                         /s/ *Will Bardwell*
                                         William B. Bardwell
                                         Counsel for the Plaintiffs

**OF COUNSEL:**
William B. Bardwell (Miss. Bar No. 102910)
Christine C. Bischoff (Miss. Bar No. 105457)

SOUTHERN POVERTY LAW CENTER
111 E. Capitol Street, Suite 280
Jackson, Mississippi 39201
Phone: 601.948.8882
Fax: 601.948.8885
E-mail: will.bardwell@splcenter.org
E-mail: christine.bischoff@splcenter.org

Brad M. Elias, *Pro Hac Vice*
Anton Metlitsky, *Pro Hac Vice*
O'MELVENY & MYERS, LLP
Times Square Tower
7 Times Square
New York, New York 10036
Phone: 212.326.2291
Fax: 212.326.2061
E-mail: belias@omm.com
E-mail: ametlitsky@omm.com

Rita L. Bender, *Pro Hac Vice*
William J. Bender, *Pro Hac Vice*
SKELLENGER BENDER, P.S.
Rainier Tower
1301 Fifth Avenue, Suite 3401
Seattle, Washington 98101
Phone: 206.623.6501
Fax: 206.447.1973
E-mail: wbender@skellengerbender.com
E-mail: rbender@skellengerbender.com

. . .

### CERTIFICATE OF SERVICE

I, Will Bardwell, hereby certify that, contemporaneously with the filing of the foregoing Motion, a true and correct copy was served on all counsel of record via the Court's electronic filing system.

SO CERTIFIED this Eighth day of June 2021.

/s/ *Will Bardwell*
William B. Bardwell