IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DIVISION

**INDIGO WILLIAMS, et al.**                                                                                    **PLAINTIFFS**

**V.**                                                               **CIVIL ACTION NO. 3:17-CV-404-HTW-LGI**

**TATE REEVES, et al.**                                                                                        **DEFENDANTS**

## ORDER

Before this court is the *Motion for Status Conference and Scheduling Order* [Docket no. 58], filed by Defendants Tate Reeves, in his official capacity as Governor of the State of Mississippi; Philip Gunn, in his official capacity as Speaker of the Mississippi House of Representatives; Delbert Hosemann, in his official capacity as Lieutenant Governor of the State of Mississippi; Michael Watson, in his official capacity as Secretary of State of Mississippi; Carey Wright, in her official capacity as State Superintendent of Education and Executive Secretary of the Mississippi State Board of Education; and Rosemary Aultman, Jason Dean, Karen Elam, Angela Bass, Ronnie McGehee, and Glen East, in their official capacities as members of the Mississippi State Board of Education (collectively, "the Defendants"). On July 7, 2021, this court held a conference to determine the status of this matter. During the conference, this court heard arguments from both sides, and determined that Plaintiffs must file an Amended Complaint, so that there is a current and operative complaint on the record. This court explained that the Amended Complaint must be made a part of the record because the United States Court of Appeals for the Fifth Circuit remanded the case *sub judice* based upon the Plaintiffs' arguments in its Proposed Amended Complaint. [See Docket no. 49].

It is, therefore, ordered that Defendants' Motion for Status Conference and Scheduling Order [Docket no. 58] is granted. The parties hereby are instructed to submit their pleadings and motions in accordance with the below schedule:

- Plaintiffs must file their Amended Complaint no later than July 17, 2021.

- Defendants must file their responsive pleading(s) and dispositive motions and briefs, if any, no later than September 15, 2021.

- Plaintiffs must file their response briefs to the Defendants' dispositive motions, if any, no later than October 15, 2021.

- Defendants must file their rebuttal briefs, if any, no later than October 30, 2021.

This court intends later to schedule oral arguments regarding the parties' submissions. This court further agrees with the parties that, at this juncture, a Case Management Order is not necessary in this matter.

SO ORDERED, this the 7th day of July, 2021.

/s/HENRY T. WINGATE
UNITED STATES DISTRICT JUDGE