## UNITED STATES DISTRICT COURT
## FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
## NORTHERN DIVISION

**INDIGO WILLIAMS,** *et al.* **PLAINTIFFS**

**V.** **CAUSE NO. 3:17-CV-00404-HTW-LGI**

**TATE REEVES,** *et al.* **DEFENDANTS**

### MOTION TO WITHDRAW AS COUNSEL

The undersigned moves this Court to enter an Order permitting the withdrawal of Christine C. Bischoff as counsel of record for Plaintiffs in this action. In support of this motion, the undersigned would show as follows:

1. As of October 2, 2021, Christine C. Bischoff will no longer be employed at the Southern Poverty Law Center and will no longer be handling this case. The Southern Poverty Law Center, O'Melveny & Myers LLP, and Skellenger Bender, PS will continue to represent the Plaintiffs. The remaining Plaintiffs' counsel are extremely qualified, well-resourced, and well-equipped to represent the Plaintiffs. Therefore, Christine C. Bischoff's withdrawal will in no way prejudice the Plaintiffs.

**WHEREFORE**, the undersigned moves this Court to enter its order permitting the withdrawal of Christine C. Bischoff in the above captioned case.

Respectfully submitted, this the 20th day of September 2021.

/s/ Christine C. Bischoff
Christine C. Bischoff, MSB #105457
Southern Poverty Law Center
111 East Capitol Street, Suite 280
Jackson, Mississippi 39201
(601) 948-8882 (phone)
(601) 948-8885 (fax)
Counsel for the Plaintiffs