# Exhibit A

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

_____ Ms. Sophia M Mire _____

whose address is _____ 201 Saint Charles Ave Ste 2000 _____

_____ New Orleans, LA 70170 _____

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the _____ 12th _____ day of _____ May _____, _____ 2016 _____.

Given over my hand and the Seal of the Louisiana State Bar Association, this _____ 19th _____ day of _____ January _____, _____ 2022 _____.

_____
Executive Director
Louisiana State Bar Association