FORM 6 (ND/SD MISS. DEC. 2016)

UNITED STATES DISTRICT COURT
SOUTHERN DISTRICT OF MISSISSIPPI

Haymer, et al.                          Plaintiff

v.                                                    CIVIL ACTION    2017-cv-00404
                                                      NO.

Reeves, et al.                          Defendant

APPLICATION FOR ADMISSION PRO HAC VICE

(A)  Name:              Lauren Winkler (Representation is pro bono)

     Firm Name:         Southern Poverty Law Center

     Office Address:    201 St. Charles Ave., Ste. 2000

     City:              New Orleans            State  LA      Zip  70170

     Telephone:         504-526-1502           Fax:

     E-Mail:            lauren.winkler@splcenter.org

(B)  Client(s):         Dorothy Haymer (Additional clients listed on page 1(a).

     Address:           197 Magnolia Dr.

     City:              Yazoo City             State  MS      Zip  39194

     Telephone:         662-571-3279           Fax:

The following information is optional:

1

(B)     Client(s) continued:

        Client:       Precious Hughes

        Address:     595 Houston Avenue, Unit 595

                      Jackson, MS  39209

        Telephone:  (769) 241-4875

        Client:       Sarde Graham

        Address:     217 Magnolia Drive

                      Yazoo City, MS 39194

        Telephone:  (662) 763-8992

Form 6 (ND/SD Miss. Dec. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

No

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

I am a Children's Rights attorney focusing on education equity, Medicaid, and juvenile justice issues.

(C)    I am admitted to practice in the:

☑        State of _Louisiana_____

☐        District of Columbia

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Louisiana State Bar Association
601 St. Charles Avenue
New Orleans, LA 70130
504-566-1600
https://www.laba.org/stephen.hansel@lsba.org

All other courts before which I have been admitted to practice:

2

Form 6 (ND/SD Miss. Dec. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| Arizona | 2012-Present |
| California | 2013-Present |
| Navajo Nation | 2012-Present |
| 5th Circuit Court of Appeals | 2021-Present |
| Eastern District of Louisiana | 2020-Present |
| Middle District of Louisiana | 2020-Present |

|  |  | Yes | No |
|---|---|---|---|
| (D) | Have you been denied admission pro hac vice in this state? | ○ | ◉ |
|  | Have you had admission pro hac vice revoked in this state? | ○ | ◉ |
|  | Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years? | ○ | ◉ |

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

|  |  | Yes | No |
|---|---|---|---|
| (E) | Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years? | ○ | ◉ |

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ◯ | ⦿ |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)     Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|
| n/a |  |  |

4

Form 6 (ND/SD Miss. Dec. 2016)

(H)     Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court                Style of Case

n/a

|  | Yes | No |
|---|---|---|
| (I)     Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ● | ○ |
| Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ● | ○ |

(J)     Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number     William B. Bardwell, 102910

Firm Name:     Southern Poverty Law Center

Office Address:  111 East Capitol Street, Suite 280

City: Jackson           State: MS        Zip: 39201

Telephone: 796-524-2008        Fax:

Email address: will.bardwell@splcenter.org

FORM 6 (ND/SD MISS. DEC. 2016)

(K)    The undersigned resident attorney certifies that he/she agrees to the association with
Applicant in this matter and to the appearance as attorney of record with Applicant.

/s/ William B. Bardwell
_____
Resident Attorney

I certify that the information provided in this Application is true and correct.

1/26/22
_____
Date

_____
Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this
Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission

Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in

this case.

This the   3rd   day of   February   , 20 22.

/s/ William B. Bardwell
_____
Resident Attorney