# Exhibit A

# Louisiana State Bar Association

The Louisiana State Bar Association hereby certifies that _____

_____ Ms. Lauren Anne Winkler _____

whose address is _____ 201 Saint Charles Ave Ste 2000 _____

_____ New Orleans, LA 70170 _____

is a member in good standing of the Louisiana State Bar Association as of this date, and that said person was duly admitted to practice in the courts of the State of Louisiana on the _____ 4th _____ day of _____ May _____, _____ 2020 _____.

Given over my hand and the Seal of the Louisiana State Bar Association, this ____ 27th ____ day of ____ January ____, ____ 2022 ____.

*Executive Director*
*Louisiana State Bar Association*