FORM 6 (ND/SD MISS. DEC. 2016)

# UNITED STATES DISTRICT COURT
## SOUTHERN DISTRICT OF MISSISSIPPI

Williams, et al.                           Plaintiff

v.                                                          CIVIL ACTION NO.    3:17-cv-404

Reeves, et al.                           Defendant

## APPLICATION FOR ADMISSION PRO HAC VICE

(A)  Name:  Jason Zarrow (Representation is pro bono.)

Firm Name:  O'Melveny & Myers LLP

Office Address:  400 S. Hope Street, 18th Floor

City:  Los Angeles   State: CA   Zip: 90071

Telephone:  213 430 8367   Fax: 213 430 6407

E-Mail:  jzarrow@omm.com

(B)  Client(s):  Dorothy Haymer (Additional clients listed on page 1(a).)

Address:  197 Magnolia Drive

City:  Yazoo City   State: MS   Zip: 39194

Telephone:  662-571-3279   Fax:

The following information is optional:

1

(B)   Client(s) continued:

    Client:        Precious Hughes

    Address:     595 Houston Avenue, Unit 595

                     Jackson, MS  39209

    Telephone:  (769) 241-4875

    Client:        Sarde Graham

    Address:     217 Magnolia Drive

                     Yazoo City, MS 39194

    Telephone:  (662) 763-8992

FORM 6 (ND/SD MISS. DEC. 2016)

Have you had a prior or continuing representation in other matters of one or more of the clients you propose to represent, and is there a relationship between those other matter(s) and the proceeding for which you seek admission?

No.

Do you have any special experience, expertise, or other factor that you believe makes it particularly desirable that you be permitted to represent the client(s) you propose to represent in this case?

Yes.  I represented these plaintiffs on appeal in the Fifth Circuit and in stay proceedings before the Supreme Court.

(C)     I am admitted to practice in the:



☑         State of California
☐

and I am currently in good standing with that Court.  A certificate to that effect, issued by the appropriate licensing authority within ninety days of the date of this Application, is enclosed; the physical address, telephone number and website/email address for that admitting Court are:

Supreme Court of California
350 McAllister St.
San Francisco, CA 94012
(415) 865-7000
courts.ca.gov

All other courts before which I have been admitted to practice:

2

FORM 6 (ND/SD MISS. DEC. 2016)

| Jurisdiction | Period of Admission |
|---|---|
| U.S. Supreme Court | Oct. 2017 - Present |
| U.S. Court of Appeals for the: (1) D.C. Circuit; (2) Second Circuit; (3) Third Circuit; (4) Fourth Circuit; (5) Fifth Circuit; (6) Sixth Circuit; (7) Seventh Circuit; and (8) Ninth Circuit. | (1) Oct. 2015; (2) Oct. 2016; (3) May 2016; (4) Jan. 2015; (5) Feb. 2019; (6) Aug. 2014; (7) June 2018; (8) April 2017 -- all to Present. |
| U.S. District Court for the Central District of California | Jan. 2015 - Present |
| District of Columbia | Sept. 2015 - June 2020 |
| U.S. District Court for the Western District of Wisconsin | May 2020 - Present |

(D) Have you been denied admission pro hac vice in this state?  Yes ☐  No ☒

Have you had admission pro hac vice revoked in this state?  Yes ☐  No ☒

Has Applicant been formally disciplined or sanctioned by any court in this state in the last five years?  Yes ☐  No ☒

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations, the name of the person or authority bringing such proceedings; the dates the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings:

(E) Has any formal, written disciplinary proceeding ever been brought against you by a disciplinary authority in any other jurisdiction within the last five years?  Yes ☐  No ☒

3

FORM 6 (ND/SD MISS. DEC. 2016)

If the answer was "yes," describe, as to each such proceeding, the nature of the allegations; the name of the person or authority bringing such proceedings; the date the proceedings were initiated and finally concluded; the style of the proceedings; and the findings made and actions taken in connection with those proceedings.

|  |  | Yes | No |
|---|---|---|---|
| (F) | Have you been formally held in contempt or otherwise sanctioned by any court in a written order in the last five years for disobeying its rules or orders? | ○ | ● |

If the answer was "yes," describe, as to each such order, the nature of the allegations, the name of the court before which such proceedings were conducted; the date of the contempt order or sanction, the caption of the proceedings, and the substances of the court's rulings (a copy of the written order or transcript of the oral rulings must be attached to the application).

(G)   Please identify each proceeding in which you have filed an application to proceed pro hac vice in this state within the preceding two years, as follows:

| Name and Address of Court | Date of Application | Outcome of Application |
|---|---|---|

N/A

4

FORM 6 (ND/SD MISS. DEC. 2016)

(H)   Please identify each case in which you have appeared as counsel pro hac vice in this state within the immediately preceding twelve months, are presently appearing as counsel pro hac vice, or have pending applications for admission to appear pro hac vice, as follows:

Name and Address of Court       Style of Case

N/A

|     |     | Yes | No |
|---|---|---|---|
| (I) | Have you read and become familiar with all the LOCAL UNIFORM CIVIL RULES OF THE UNITED STATES DISTRICT COURTS FOR THE NORTHERN AND SOUTHERN DISTRICTS OF MISSISSIPPI? | ● | ○ |
|     | Have you read and become familiar with the MISSISSIPPI RULES OF PROFESSIONAL CONDUCT? | ● | ○ |

(J)   Please provide the following information about the resident attorney who has been associated for this case:

Name and Bar Number   William B. Bardwell, MS Bar No. 102910

Firm Name:   Southern Poverty Law Center

Office Address:   111 E. Capitol Street, Suite 280

City: Jackson        State: MS      Zip: 39201

Telephone: 769-524-2008      Fax:

Email address: will.bardwell@splcenter.org

5

FORM 6 (ND/SD MISS. DEC. 2016)

(K) The undersigned resident attorney certifies that he/she agrees to the association with Applicant in this matter and to the appearance as attorney of record with Applicant.

/s/ William B. Bardwell
Resident Attorney

I certify that the information provided in this Application is true and correct.

2/2/2022
Date

Applicant's Handwritten Signature

Unless exempted by Local Rule 83.1(d)(5), the application fee established by this Court must be enclosed with this Application.

## CERTIFICATE OF SERVICE

The undersigned Resident Attorney certifies that a copy of this Application for Admission Pro Hac Vice has been mailed or otherwise served on this date on all parties who have appeared in this case.

This the 3rd day of February, 20 22.

/s/ William B. Bardwell
Resident Attorney