# Exhibit A



# Supreme Court of California

JORGE E. NAVARRETE
*Clerk and Executive Officer of the Supreme Court*

## CERTIFICATE OF THE CLERK OF THE SUPREME COURT

### OF THE

### STATE OF CALIFORNIA

### JASON MATTHEW ZARROW

I, JORGE E. NAVARRETE, Clerk/Executive Officer of the Supreme Court of the State of California, do hereby certify that Jason Matthew Zarrow, **#297979**, was on the **1st** day of **February 2014,** duly admitted to practice as an attorney and counselor at law in all the courts of this state, and is now listed on the Roll of Attorneys as a member of the bar of this state in good standing.

Witness my hand and the seal of the court
on the 19th day of January 2022.

JORGE E. NAVARRETE
*Clerk/Executive Officer of the Supreme Court*

By: _____
Karissa Castro, Deputy Clerk