IN THE UNITED STATES DISTRICT COURT
FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
NORTHERN DISTRICT

**DOROTHY HAYMER, on behalf of her**
**Minor child D.S., et al.**                                                                **PLAINTIFFS**

**vs.**                                                                Civil Action No. 3:17-cv-00404-HTW-LGI

**TATE REEVES, in his official capacity as**
**Governor of Mississippi, et al.**                                                **DEFENDANTS**

---

## NOTICE OF APPEARANCE OF G.C. BARNETT

COMES NOW, G.C. Barnett, of the Southern Poverty Law Center, and hereby enters his appearance as additional counsel for Plaintiffs in the above action.

Dated this 5th day of July, 2022.


/s/ G.C. Barnett
G.C. Barnett, MS Bar #102632
Southern Poverty Law Center
111 E. Capitol Street, Suite 280
Jackson, MS  39201
Phone: 601-948-8882
Fax: 601-948-8885
gian.barnett@splcenter.org

## **CERTIFICATE OF SERVICE**

    I, G.C. Barnett, hereby certify that a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by email to all parties by the court's electronic filing system. Parties may access this filing through the Court's CM/ECF System.

    This 5th day of July, 2022.

                                    /s/ G.C. Barnett
                                    G.C. Barnett