# IN THE UNITED STATES DISTRICT COURT
# FOR THE SOUTHERN DISTRICT OF MISSISSIPPI
# NORTHERN DIVISION

**DOROTHY HAYMER, on behalf of her minor child D.S., et al.**  **PLAINTIFFS**

**VS.**                                                    **Civil Action No. 3:17-cv-00404-HTW-LGI**

**TATE REEVES, in his official capacity as**
**Governor of Mississippi, et al.**                         **DEFENDANTS**

## NOTICE OF CHANGE OF ADDRESS

PLEASE TAKE NOTICE that the address of Rita Bender and William J. Bender and the law firm of Skellenger Bender, P.S. has changed. The new address is 520 Pike Street, Suite 1001, Seattle, WA 98101.

Respectfully submitted this 28th day of December 2022.

/s/ William J. Bender
William J. Bender, WA Bar #6574
SKELLENGER BENDER, P.S.
520 Pike Street, Suite 1001
Seattle, WA 98101
Phone: 206-623-6501
Fax: 206-447-1973
Email: wbender@skellengerbender.com
*Admitted Pro Hac Vice*

Counsel for Indigo Williams, et al.

## CERTIFICATE OF SERVICE

I, Jule Freeman, certify that a true and correct copy of the foregoing document was filed electronically. Notice of this filing will be sent by email to all parties by the court's electronic filing system.

DATED this 28th day of December 2022.

/s/ Jule Freeman
Jule Freeman
Skellenger Bender, P.S.
Paralegal